NO. 15-1199

_____

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

_____

SCOTT CLARE, NEIL LONG, INNOVATIVE TRUCK STORAGE, INC.,

*Plaintiffs – Appellants*

v.

CHRYSLER GROUP LLC,

*Defendant – Appellee*

_____

Appeal from the United States District Court for the Eastern District of Michigan, Southern Division, in Civil Action No. 2:13-cv-11225, District Judge Nancy G. Edmunds

▬▬▬▬▬▬▬

**APPELLEE'S MOTION TO STRIKE DEMONSTRATIVE EXHIBIT FROM ADDENDUM TO PLAINTIFFS-APPELLANTS' OPENING BRIEF**

▬▬▬▬▬▬▬

Dated: April 9, 2015

Frank C. Cimino
Megan S. Woodworth
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4000
Fax (202) 344-8300
FCCimino@venable.com
MSWoodworth@venable.com

*Counsel for Appellee Chrysler Group LLC (now known as FCA US LLC)*

Form 9

FORM 9.  Certificate of Interest

---

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Scott Clare, Neil Long, and
Innovative Truck Storage              v. Chrysler Group LLC

No. 15-1199

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

Chrysler Group LLC            certifies the following (use "None" if applicable; use extra sheets
if necessary):

1.      The full name of every party or amicus represented by me is:

Chrysler Group LLC, now known as FCA US LLC

2.      The name of the real party in interest (if the party named in the caption is not the real
party in interest) represented by me is:

Same as 1.

3.      All parent corporations and any publicly held companies that own 10 percent or more
of the stock of the party or amicus curiae represented by me are:

Chrysler Group LLC, now known as FCA US LLC, is 100% held by FCA North America
Holdings LLC, which is 100% owned by Fiat Chrysler Automobiles N.V.

4.  ☑   The names of all law firms and the partners or associates that appeared for the party
or amicus now represented by me in the trial court or agency or are expected to appear in this
court are:

Dickstein Shapiro LLP- Frank C. Cimino, Jr., Megan S. Woodworth, Jonathan L. Falkler, Leslie A. Lee, Dawn Rudenko, Gianni Minutoli (no longer at firm),
Andrew Phillips (no longer at firm) -  Bush, Seyferth & Paige LLC- Patrick G. Seyferth, Moheeb H. Murray, Susan M. McCeever, The Heartfield Law Firm- J.
Thad Heartfield, M. Dru Montgomery

1/8/2015                                    /s/ Frank C. Cimino, Jr.
          Date                                      Signature of counsel

                                            Frank C. Cimino, Jr.
                                                 Printed name of counsel

Please Note: All questions must be answered
cc: All counsel of record

124

## RELIEF REQUESTED

Pursuant to Federal Circuit Rule 28(a)(12) and 27(a)(1), Appellee, Chrysler Group LLC, now known as FCA US LLC ("Chrysler"), respectfully moves the Court to strike Appellants' improper addendum exhibit at A6615-33 and order Appellants to re-file their opening brief with an unmodified copy of the patents-in-suit.

## GROUNDS FOR RELIEF AND LEGAL ARGUMENT

The Addendum to Appellants' Opening Brief, filed February 25, 2015, includes an improper modified version of the patents-in-suit. Br. Addendum at A6615-33, Exh. A. This version of the patents is not an accurate reproduction of the patents-in-suit as provided in the front of the parties' agreed Joint Appendix (at A84-102, Exh. B), but rather is an annotated version used by Appellants as a demonstrative exhibit during Summary Judgment proceedings. *See* Exh. C, Joint Appendix Table of Contents at 13 (describing the documents as "Annotated cop[ies] of [patents-in-suit], provided to Court during 11/19/14 hearing on summary judgment"). The demonstrative includes modifications to the figures of the patents-in-suit, highlighting, underlining, and superimposed language providing attorney argument. This demonstrative exhibit is not a true and correct copy of the patents-in-suit, and should be struck from the Addendum.

Federal Circuit Rule 28 sets forth the permitted contents of the Appellants' Brief, including the addendum. Rule 28(a)(12) states that, "in an appeal involving a patent, the patent-in-suit may be included within the addendum of the initial brief, and, if included, must be reproduced in its entirety." The Rule does not permit modified copies of the patents in suit to be included, nor does it permit the inclusion of demonstrative exhibits used by a party at oral argument. The demonstrative exhibit included by Appellants at A6615-33 should be struck as improper because it includes modifications, highlights, and annotations containing attorney argument, and is not an accurate reproduction of the patents-in-suit.

## MOVANT'S STATEMENT OF OPPOSITION

Pursuant to Federal Circuit Rule 27(a)(5), counsel for Movant Chrysler, Jonathan L. Falkler, conferred with counsel for the Appellants on April 8, 2015, and Appellants oppose the relief requested. Chrysler anticipates that Appellants will file a response to this motion.

## CONCLUSION AND RELIEF SOUGHT

For the foregoing reasons, Chrysler respectfully requests that this Court strike the improper Addendum from Appellants' Opening Brief, and order Appellants to refile their brief with the faithful reproduction of the patents-in-suit provided at A84-102.

/s/ *Megan S. Woodworth*
Megan S. Woodworth
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4000
Fax (202) 344-8300

*Counsel for Appellee Chrysler
Group LLC (now known as
FCA US LLC)*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

_____

SCOTT CLARE, NEIL LONG, INNOVATIVE TRUCK STORAGE, INC.,

*Plaintiffs – Appellants*

v.

CHRYSLER GROUP LLC,

*Defendant – Appellee*

_____

## DECLARATION OF MEGAN S. WOODWORTH

1.      I am an attorney at law and a partner at Venable LLP, attorneys of record for Appellee Chrysler Group LLC, now known as FCA US LLC.  I am counsel for Appellee.  I submit this declaration in support of Appellee's Motion to Strike Demonstrative Exhibit from Addendum to Plaintiffs-Appellants' Opening Brief.  I have personal knowledge of the matters set forth herein and if called and sworn as a witness, I could and would testify competently thereon.

2.      Exhibit A is a true and correct copy of the demonstrative exhibit in the Addendum of Plaintiffs-Appellants' Opening Brief.

3.      Exhibit B is a true and correct copy of the unmodified patents-in-suit provided at A84-102 in the parties' agreed Joint Appendix.

4.      Exhibit C is a true and correct copy of the Table of Contents in the parties' agreed Joint Appendix.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 9, 2015                         /s/ *Megan S. Woodworth*
                                              Megan S. Woodworth

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of April, 2015, the foregoing document and its accompanying declaration were served via electronic mail on the counsel of record listed below using the Court's CM/ECF notification system.

Jonathan Tad Suder
David Arthur Skeels, Esq.
Friedman, Suder & Cooke
604 East 4th Street Suite 200
Fort Worth, TX 76102
Direct: 817-334-0400
Email: jts@fsclaw.com
Fax: 817-334-0401

Rodger D. Young
Young & Associates
27725 Stansbury Boulevard, Suite 125
Farmington Hills, MI 48334
Direct: 248-353-8620
Email: efiling@youngpc.com
Fax: 248-479-7828

/s/ *Megan S. Woodworth*
Megan S. Woodworth
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4000
Fax (202) 344-8300

# EXHIBIT A

US006499795B2

(12) **United States Patent**
Clare

(10) Patent No.: **US 6,499,795 B2**
(45) **Date of Patent:** Dec. 31, 2002

(54) **VEHICLE WITH STORAGE/UTILITY SYSTEM**

(76) Inventor: **Scott Clare**, 3381 Shown Ct., Hayward, CA (US) 94541

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 23 days.

(21) Appl. No.: **09/803,420**

(22) Filed: **Mar. 9, 2001**

(65) **Prior Publication Data**

US 2001/0052714 A1 Dec. 20, 2001

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/426,981, filed on Oct. 26, 1999, which is a continuation of application No. 08/896,392, filed on Jul. 18, 1997, now Pat. No. 5,979,973, which is a continuation-in-part of application No. 08/685,678, filed on Jul. 24, 1996, now abandoned, which is a continuation-in-part of application No. 08/506,893, filed on Jul. 25, 1995, now Pat. No. 5,567,000.

(51) Int. Cl.$^7$ ................................................. **B60P 3/00**
(52) **U.S. Cl.** ....................................... **296/183**; 296/37.6
(58) **Field of Search** .............................. 296/37.6, 24.1, 296/183

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 257,968 | A | 5/1882 | Mossman |
| 322,965 | A | 7/1885 | Powell |
| 527,339 | A | 10/1894 | Lins |
| 912,430 | A | 2/1909 | Smither |
| 1,295,372 | A | 2/1919 | Riddle et al. |
| 1,490,657 | A | 4/1924 | Botella |
| 1,990,757 | A | 2/1935 | Stiles |
| 2,159,022 | A | * 5/1939 | Hawkins ............... 296/37.6 X |
| 2,327,410 | A | 8/1943 | Ferguson .................... 211/13 |
| 2,380,557 | A | 7/1945 | Terry |
| D143,990 | S | 2/1946 | Powers |

| | | | |
|---|---|---|---|
| 2,426,772 | A | 9/1947 | Holan, Jr. et al. |
| 2,455,417 | A | 12/1948 | Holan et al. |
| 2,530,578 | A | 11/1950 | Hotop |
| 2,616,754 | A | 11/1952 | Stahl |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 551973 | 1/1958 |
| DE | 3636789 A1 | 5/1988 |
| DK | 13161 | 5/1910 |
| FR | 608961 | 8/1926 |
| FR | 716091 | 12/1931 |
| FR | 1181569 | 6/1959 |
| FR | 2592344 A | 7/1987 |
| GB | 207524 | 7/1924 |
| JP | 57151429 | 9/1982 |
| JP | 1119445 | 5/1989 |
| JP | 4248033 | 3/1992 |
| JP | 4221279 | 8/1992 |
| WO | WO 97/05008 | 2/1997 |

OTHER PUBLICATIONS

U.S. Patent Application Ser. No. 09/426,981.
U.S. Patent Application Ser. No. 09/512,018.
U.S. Patent Application Ser. No. 09/083,422.
Douglass, "A low silhouette," 1–3.

*Primary Examiner*—Dennis H. Pedder

(57) **ABSTRACT**

A pickup truck conversion and method of providing same involves a storage/utility system in any fleet side pickup truck bed without substantially altering the bed's external appearance. The storage system is located adjacent the wheel well sections of the bed, and uses hinges to open and close the fender (side panel) of the bed. Since the storage system does not substantially alter the truck's external appearance, it reduces the attraction for theft. Also, since the storage area does not extend inwardly beyond the conventional wheel wells, the storage system leaves most of the truck bed free for use.

**50 Claims, 2 Drawing Sheets**





## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,622,400 A | 12/1952 | Greer |
| 2,662,793 A | 12/1953 | Lindsay |
| 2,722,352 A | 11/1955 | Dehnel |
| 2,722,913 A | 11/1955 | Holan et al. |
| 2,812,097 A | 11/1957 | Legge |
| 2,893,727 A | 7/1959 | Barnard |
| 2,901,285 A | 8/1959 | Walker |
| 2,941,837 A | 6/1960 | McCready |
| 2,978,153 A | 4/1961 | Brindle |
| 2,992,038 A | 7/1961 | Manganello |
| 3,019,047 A | 1/1962 | Ahrens |
| 3,022,108 A | 2/1962 | Cooley |
| 3,034,823 A | 5/1962 | Himka et al. |
| 3,068,038 A | 12/1962 | Douglass, Jr. |
| 3,082,033 A | 3/1963 | Bosher |
| 3,085,826 A | 4/1963 | Carreau |
| 3,245,713 A | 4/1966 | Ogilvie |
| 3,326,595 A | 6/1967 | Ogilvie |
| 3,449,864 A | 6/1969 | Prost-Dame et al. |
| 3,492,042 A | 1/1970 | Nachtigall, Jr. |
| 3,541,668 A | 11/1970 | Wessells, III et al. |
| 3,596,976 A | 8/1971 | Eitel et al. |
| 3,668,907 A | 6/1972 | Pastva, Jr. |
| 3,727,971 A | 4/1973 | Sisler |
| 3,768,858 A | 10/1973 | Boismier |
| 3,799,605 A | 3/1974 | Silva |
| 3,806,184 A | 4/1974 | Dean |
| 3,826,529 A | 7/1974 | Wood |
| 3,869,873 A | 3/1975 | Thomas |
| 3,891,262 A | 6/1975 | Brunel |
| 4,103,956 A | 8/1978 | Faulstich |
| 4,121,382 A | 10/1978 | Dietrich et al. |
| 4,126,349 A | 11/1978 | Nelson et al. |
| 4,135,761 A | 1/1979 | Ward |
| 4,138,046 A | 2/1979 | De Freze |
| 4,151,925 A | 5/1979 | Glassmeyer |
| 4,216,990 A | 8/1980 | Musgrove et al. |
| D257,968 S | 1/1981 | Rice |
| 4,353,111 A | 10/1982 | Gallitzendorfer et al. |
| 4,355,837 A | 10/1982 | Shimizu et al. |
| 4,372,429 A | 2/1983 | Marx |
| 4,394,100 A | 7/1983 | Sperlich |
| 4,408,751 A | 10/1983 | Dodson et al. |
| 4,422,685 A | 12/1983 | Bonfilio et al. |
| 4,438,964 A | 3/1984 | Peters |
| 4,469,364 A | 9/1984 | Rafi-Zadeh |
| 4,570,986 A | 2/1986 | Sams |
| 4,632,446 A | 12/1986 | Douglass |
| 4,643,314 A | 2/1987 | Kidd |
| 4,685,695 A | 8/1987 | LeVee |
| 4,705,317 A | 11/1987 | Henri |
| 4,733,898 A | 3/1988 | Williams |
| 4,761,917 A | 8/1988 | Knecht et al. |
| 4,762,449 A | 8/1988 | St. Pierre et al. |
| 4,770,458 A | 9/1988 | Burke et al. |
| 4,773,242 A | 9/1988 | Smith |
| 4,776,481 A | 10/1988 | Kidd |
| 4,789,195 A | 12/1988 | Fletcher |
| 4,805,347 A | 2/1989 | Smith |
| 4,823,923 A | 4/1989 | Moyer |
| 4,830,242 A | 5/1989 | Painter |
| 4,861,096 A | 8/1989 | Hastings |
| 4,900,083 A | 2/1990 | Kumasaka et al. |
| 4,911,487 A | 3/1990 | Rachocki |
| 4,917,279 A | 4/1990 | Brow et al. |
| 4,917,430 A | 4/1990 | Lawrence |
| 4,936,624 A | 6/1990 | West |
| 4,971,092 A | 11/1990 | Parry et al. |
| 4,981,320 A | 1/1991 | Bowman |
| 4,998,758 A | 3/1991 | Kowalczyk et al. |
| 5,048,888 A | 9/1991 | Willy et al. |
| 5,088,636 A | 2/1992 | Barajas |
| 5,090,105 A | 2/1992 | DeRees |
| 5,090,770 A | 2/1992 | Heinrichs et al. |
| 5,098,148 A | 3/1992 | Hoban |
| 5,123,691 A | 6/1992 | Ginn |
| 5,125,710 A | 6/1992 | Gianelo |
| 5,172,519 A | 12/1992 | Cooper |
| 5,190,337 A | 3/1993 | McDaniel |
| 5,197,775 A | 3/1993 | Reeber |
| 5,207,469 A | 5/1993 | Rossi |
| 5,233,849 A | 8/1993 | Forbers |
| 5,251,729 A | 10/1993 | Nehl et al. |
| 5,253,917 A | 10/1993 | Brueggemann |
| 5,267,773 A | 12/1993 | Kalis, Jr. et al. |
| 5,267,776 A | 12/1993 | Fromson |
| 5,288,124 A | 2/1994 | Ward |
| 5,303,969 A | 4/1994 | Simnacher |
| 5,316,358 A | 5/1994 | Payne et al. |
| 5,324,089 A | 6/1994 | Schlachter |
| 5,339,488 A | 8/1994 | Maass |
| 5,361,542 A | 11/1994 | Dettloff |
| 5,383,703 A | 1/1995 | Irvine, III |
| 5,385,378 A | 1/1995 | Hakamada et al. |
| 5,390,974 A | 2/1995 | Theodorakakos |
| 5,421,645 A | 6/1995 | Young |
| 5,439,152 A | 8/1995 | Campbell |
| 5,449,213 A | 9/1995 | Kiley et al. |
| 5,458,353 A | 10/1995 | Hanemaayer |
| 5,476,301 A | 12/1995 | Berkich |
| 5,489,104 A | 2/1996 | Wolff |
| 5,498,048 A | 3/1996 | Shelby, Jr. |
| 5,498,049 A | 3/1996 | Schlachter |
| 5,518,158 A | 5/1996 | Matlack |
| 5,535,931 A | 7/1996 | Barlow et al. |
| 5,567,000 A | 10/1996 | Clare ........................ 296/37.6 |
| 5,573,685 A | 11/1996 | Boncaldo ................... 219/201 |
| 5,575,525 A | 11/1996 | Walworth, Jr. et al. ..... 296/183 |
| 5,615,922 A | 4/1997 | Blanchard ................. 296/37.6 |
| 5,628,540 A | 5/1997 | James .......................... 296/3 |
| 5,636,890 A | 6/1997 | Cooper ..................... 296/37.1 |
| 5,660,427 A | 8/1997 | Freeman et al. |
| 5,667,268 A | 9/1997 | Bump |
| 5,709,309 A | 1/1998 | Gallagher et al. .......... 220/229 |
| 5,810,426 A | 9/1998 | Bovellan .................... 296/189 |
| 5,816,630 A | 10/1998 | Bennett et al. ........ 292/341.17 |
| 5,826,931 A | 10/1998 | Perlman et al. ............ 296/37.6 |
| 5,833,295 A | 11/1998 | Farlow, Jr. ................. 296/24.1 |
| 5,845,952 A | 12/1998 | Albertini et al. .......... 296/37.6 |
| 5,845,954 A | 12/1998 | DePue .................... 296/37.12 |
| 5,904,389 A | 5/1999 | Vaishnav et al. .......... 296/37.1 |
| 5,921,604 A | 7/1999 | Yu et al. ...................... 296/56 |
| 5,944,376 A | 8/1999 | Buchanan, Jr. .......... 296/146.4 |
| 5,979,973 A | 11/1999 | Clare et al. ................. 296/189 |
| 6,003,920 A | 12/1999 | Scott et al. ................ 296/37.6 |
| 6,102,476 A | 8/2000 | Daley ........................ 296/836 |

* cited by examiner



FIG. 1



FIG. 2



**FIG. 3**



**FIG. 4**

1

## VEHICLE WITH STORAGE/UTILITY SYSTEM

This application is a continuation-in-part of U.S. Ser. No. 09/426,981, filed Oct. 26, 1999, which is a continuation of U.S. Ser. No. 08/896,392, filed Jul. 18, 1997, now U.S. Pat. No. 5,979,973, which is a continuation-in-part of U.S. Ser. No. 08/685,678, filed Jul. 24, 1996, now abandoned, which is a continuation-in-part of U.S. Ser. No. 08/506,893, filed Jul. 26, 1995, now U.S. Pat. No. 5,567,000.

## BACKGROUND OF THE INVENTION

The present invention relates to pickup trucks, particularly to storage/utility beds for pickup trucks, and more particularly to a storage/utility conversion and method of providing same in a conventional pickup bed without altering the external appearance of the bed.

Pickup trucks have long been a means for transporting and/or storing tools, materials, etc. for various trades, such as plumbing, electrical, construction, repair, etc. While conventional tool boxes, which generally extend across the pickup bed, are a convenient tool storage approach, such take up a great deal of space and thus reduce the carrying capacity. Also, the conventional pickup beds have been removed and replaced with utility type beds of various types, such as exemplified by U.S. Pat. No. 5,267,773 issued Dec. 7, 1993 to G. Kalis, Jr. et al. In addition, the pickup truck body and/or beds have been modified to provide storage/utility space, such as exemplified by U.S. Pat. No. 4,917,430 issued Apr. 17, 1990 to M. A. Lawrence.

While these prior storage/utility arrangements have been satisfactory for their intended purpose, such are an attraction for theft as well as having an appearance of a utility bed. Thus, there has been a need for a storage/utility system for pickup truck beds which does not alter the bed's external appearance or significantly reduce the interior size of the bed, thereby reducing the tool theft problem while providing space for hidden storage without significant reduction of the bed's carrying capacity.

[0004]

[visible hinge]

This need has been filled by the present invention which involves the conversion of a conventional pickup truck bed into a storage/utility bed without altering the external appearance of the bed and without significant reduction in the carrying capacity thereof. This is accomplished by providing storage adjacent the wheel well area, and along the length of the bed, and providing the fender/side panel of the bed with a hinge and latch arrangement whereby the fender/side panel can be raised to expose the storage area, or closed and latched to conceal the storage area. Thus, the pickup can be used for pleasure or work without the appearance of its storage/utility capability, and can be parked in areas where theft would likely occur from conventional tool boxes or utility.

## SUMMARY OF THE INVENTION

It is an object of the invention to provide a storage/utility system for conventional pickup truck beds.

A further object of the invention is to provide a method for converting a standard pickup truck bed into a storage/utility bed.

A further object of the invention is to provide a pickup truck bed with storage/utility capability without a significant reduction in the carrying capacity thereof.

Another object of the invention is to provide a pickup bed with storage/utility capability without altering the external appearance of the bed.

2

Another object of the invention is to provide a pickup bed with a hidden storage/utility system wherein the fender/side panel of the bed is hinged to allow access to the storage/utility area.

Another object of the invention is to reduce theft potential from a storage/utility bed of pickup trucks, etc. by providing hidden storage utility areas in the bed without altering the external appearance of the bed.

Other objects and advantages of the invention will become apparent from the following description and accompanying drawings. The invention involves a storage/utility system for pickup truck beds that can be installed in any fleet side bed without altering the bed's appearance. The storage/utility system is installed in the wheel well area of the bed, and uses hinges to open and close the fender/side panel of the bed. The fender/side panel is provided with a latching and lock mechanism. Since the storage/utility system only involves the area of bed adjacent the wheel wells, it does not significantly reduce the carrying capacity of the bed. By providing a hidden storage/utility system for a pickup truck bed, the potential of theft therefrom is substantially reduced since the unaltered appearance of the bed's external surfaces would not lead one to a realization that it contained tools, etc.

[visible lock]

Certain embodiments of the present disclosure may therefore be described as storage/utility systems for a bed adapted to be mounted on wheels and having side panels, including a storage box mounted on at least one side of the bed; at least a portion of a side panel on at least one side of the bed being hinged at an upper portion thereof, whereby the hinged portion can be raised to expose an interior of the storage box and lowered to cover the interior of the storage box; and a lock mechanism mounted to releasably secure the side panel. In the described embodiment, the bed preferably includes a pair of wheel wells, and the storage box covers a wheel well and extends forward and/or rearward from the wheel well.

A preferred storage/utility system has a storage box with a height less than a height of the bed, and in certain embodiments, a lock and latch mechanism is mounted to the storage box and may include a plurality of latch members adapted to cooperate with latch members secured to the side panel. It is also an aspect of the present disclosure that a storage box may be provided with at least one shelf therein. In certain embodiments, a portion of a side panel extends substantially an entire length of the bed, and the storage system is formed by a pair of vertical cuts in the overall side panel of the bed adjacent ends of the overall side panel, and is constructed such that when the side panel is lowered the storage box is hidden and the appearance of the bed is not altered.

[00013]

[visible cut lines]

In certain embodiments of the disclosure, each side of a bed may be provided with a storage box, a lock and latch mechanism, and a hinged side panel. It is also a preferred embodiment that when each side of a bed includes a storage box, that the storage boxes in the bed are positioned in excess of four (4) feet from each other. Various embodiments of the disclosure would also include the described storage/utility systems in which the beds are mounted over the wheels of a pickup, trailer or truck.

[visible lock]

In certain embodiments an invention disclosed herein may be described as a method for converting a conventional bed of a vehicle or trailer having wheel wells and side panels into a storage/utility bed without altering the external appearance of the bed. The method would include removing a section of the side panel on at least one side of the bed; hinging the

3

removed side panel section at an upper end thereof to the bed, whereby the side panel section can be raised and lowered; forming storage means along at least one side of the bed so as to cover the wheel wells, whereby raising of the side panel section exposes the interior of the storage means; and providing latching means for side panel section.

In the practice of the described method, removing a section of the side panel may be carried out by making a pair of vertical cuts through the side panel and removing any connection to the bed of the side panel along the lower end thereof. The removed side panel may be hinged, and in certain embodiments a full length hinge is used. The method may further include providing a latch by positioning a plurality of latch mechanisms along the bed and along the side panel section, and providing the storage means with a latch release mechanism and a lock may also be provided. In certain embodiments the latching mechanism is formed to include a release mechanism, preferably by positioning the release mechanism at the rear of the storage means, and connecting the plurality of latch mechanisms to the release mechanism.

In certain embodiments the described method include providing a storage means, a hinged side panel section, and a latching means on each side of the bed; and positioning the storage means in the bed such that there is a space of about four feet between the storage means, and forming the storage means such that the height thereof is less than the height of the bed. Such methods may further include hinging the side panel section such that the hinge is hidden from a side view of the bed, preparing and painting the storage means and exposed surfaces of the side panel section and adjacent bed surfaces to correspond to the paint of the bed, and/or providing the storage means with internal shelving.

[00018] Certain embodiments of the invention may also be described as a method for fabricating a storage/utility bed without altering the external appearance thereof, including forming a bed to include a storage box on each side of the bed extending along substantially the length of the bed; forming hinged side panels on the bed such that same can be opened and closed, to expose or cover the storage boxes, and providing latching and lock means for the side panels.

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are incorporated into and form a part of the disclosure, illustrate an embodiment of the invention and, together with the description, serve to explain the principles of the invention.

FIG. 1 is a view of a side of a pickup truck bed which has been modified to incorporate the storage/utility system under the closed fender/side panel of the bed in accordance with the present invention.

FIG. 2 is an end view of the pickup truck bed of FIG. 1 showing the left fender/side panel open, the right fender/side panel closed, the tail gate open, and the storage boxes and lock mechanism within the bed.

FIG. 3 is a view of an embodiment of the storage/utility system of the FIG. 1 pickup truck bed with the fender/side panel raised to illustrate the storage bin shelves and latch mechanism.

FIG. 4 is a top view of the FIG. 1 pickup truck bed illustrating the storage boxes and fender/side panels, with the tail gate closed.

DETAILED DESCRIPTION OF THE INVENTION

The present invention involves a storage/utility system for a pickup truck bed and a method for conversion of a

4

conventional pickup truck bed to a storage/utility bed without altering the external appearance of the bed, and without a significant reduction in the carrying capacity of the bed. The present invention reduces the theft potential from storage/utility beds by eliminating the appearance of such beds. The invention utilizes lost space adjacent the wheel wells of the bed while maintaining the space between the wheel wells. As known, the space between the wheel wells of a conventional pickup truck bed is slightly over four (4) feet and the conventional pickup truck beds have a length of eight (8) feet plus, wherein sheets of 8 ft. by 4 ft. material, such as plywood, etc. can be carried between the wheel wells. However, the space in front and back of the wheel well is generally considered lost space for large items until material has been stacked above the height of the wheel wells. Thus, by utilizing the area in front, back, and above the wheel wells as storage/utility space, the overall storage/carrying capacity of the bed is increased between the outer fender and inner fender of a stock pickup by removing the inner fender. Here, the term storage/utility space is defined as that space in which tools, such as vices, saws, etc. can be stored or mounted for use, and in which shelves can be secured for retaining parts, etc.

By the present invention, a conventional pickup truck bed is converted to a storage/utility bed, whereas the conventional installation of storage/utility beds involve the replacement of the conventional bed, thus the cost of conversion compared to the cost of the conventional bed replacement is substantially less. Basically, the conversion involves cutting each fender/side panel (hereinafter called side panel) vertically in two places and along the upper length thereof, on an inner surface of the side panel, as described in detail hereinafter, disconnecting the lower length of the side panels from the bed frame, hinging the side panel along the upper length, providing braces on the side panels, installing a latching mechanism along the lower length of the side panels, providing a key lock for the latching mechanism, installing a storage structure or box over the wheel wells along each side of the bed, securing shelving to the storage box, and painting the cut areas and the storage box to correspond to the color of the bed. Upon completion of the conversion, from a side view, the only difference between the converted bed and a nonconverted bed are two vertical lines or small spaces, one just back of the front of the bed and one just forward of the taillight section of the bed, where the side panel is cut, as illustrated in FIG. 1. The hinge for each side panel is located on an inner area of the side panel so as not to be exposed to one viewing the bed from an external side position. Thus, one would not readily recognize the modification to the bed, and therefore those with intent to steal tools, etc. would not recognize the hidden storage arrangement.

Referring now to the drawings, FIGS. 1 and 2 illustrate a conventionally appearing pickup truck generally indicated at 10 having a cab 11, bed 12, frame or undercarriage 13, and wheels 14. The bed 12 is mounted on frame or undercarriage 13 and includes side panels 15, connected to the cab, a taillight arrangement 16, a hinged tailgate 17 with stop mechanisms 18, and wheel wells 19. However, the bed 12 of FIGS. 1 and 2 has been modified in accordance with the present invention, with the only indication of such modification being the cuts, small spaces, or lines 20 and 21 in the side panels 15, as shown in FIG. 1, with the side panel being closed. Note that in this embodiment the side panels 15 terminate adjacent the frame or undercarriage 13.

As seen in FIGS. 2, 3, and 4, the storage/utility area is provided by storage or structure boxes 22 and 23 mounted

[visible lock]

[less visible lock]

[visible hinge]

[hidden hinge]

[00018]

[visible hinge]
[visible lock]

[visible cut lines]

5

within the bed 12, substantially centered relative to the width of one of the rear wheels and over the wheel wells 19, the boxes 22 and 23 being constructed to cover the wheel wells 19, but not extend to the top or upper surface 24 of bed 12, and terminate in spaced relation to tailgate 17. The largest horizontal width between side panels 15 of boxes 22 and 23 is not substantially greater than the width of the cab. A latch mechanism 25 is mounted in the rear of each of boxes 22 and 23, as seen in FIG. 2, and is provided with a key lock 26. The latch mechanism 25 includes latch members 27 located in spaced relation along the bed 12, and which cooperate with corresponding latch members 28 in side panel 15, as show in FIG. 3. While not shown, the latch members 27 are interconnected by a rod or cable which is connected to mechanism 25 which includes a release for members 27.

As seen in FIG. 2, the side panels can be contoured such that the distance between the top of one of the side panels and the midline of the bed is less than the distance between the approximate center of the side panels and the midline of the bed. As seen in FIG. 3, the side panels 15 are each provided with braces 29 and a hinge 30 that extends the full length thereof. Shelves 31 and 32 are secured to the interior of storage or structure boxes 22 and 23, and the area forward of the wheel well 19 forms a storage bin 33. The hinges 30 are located on the interior of the bed 12 and thus not visible from the exterior.

[00029] It has thus been shown that the present invention provides a hidden storage/utility arrangement that can be initially built into a pickup truck bed, or a conventional bed can be converted to include the storage/utility arrangement without altering the external appearance of the bed and without a significant reduction in the carrying capacity of the bed. While the invention has been described with respect to a pickup bed, it can be readily incorporated into trailer or full-sized truck beds having side panels without detracting [visible cut lines] from the appearance of the side panels, except for the two vertical cuts therein.

While a specific embodiment of the storage/utility system of the present invention has been described and illustrated, such is not intended to limit the invention to this embodiment. For certain applications only one storage box my be desired. Beds for pickups, trailers, and trucks are designed with differently constructed side panels and frame/ undercarriage arrangements. For example, the bed 12 of FIG. 1 may extend downward to cover the frame or undercarriage 13, as shown, and thus the side panels 15 would include the extended area, or a cut, such as indicated at 34 in FIG. 2, can [visible horizontal cut line] be made along a desired lower portion of the side panels to eliminate the need for raising the entire side panel when the extended area is part thereof.

Modifications and changes may become apparent to those skilled in the art, and it is intended that the scope of the invention be limited only by the scope of the appended claims.

What is claimed is:

1. A pickup truck having: a cab; a bed with two side panels connected to the cab; at least two rear wheels configured to support the bed; and two wheel wells connected to the bed above the rear wheels, the improvement comprising:

a storage box mounted within the bed and adjacent to one of the wheel wells; and

at least a portion of one of the side panels is hinged to provide access to at least a portion of the storage box wherein the largest horizontal width between the side panels is approximately the width of the cab.

2. The improvement of claim 1, wherein at least a portion of the storage box is located above the wheel well.

6

3. The improvement of claim 1, wherein at least a portion of the storage box is located in front of the wheel well.

4. The improvement of claim 1, wherein at least a portion of the storage box is located behind the wheel well.

5. The improvement of claim 1, wherein at least a portion of the storage box is located above the wheel well, at least a portion is located in front of the wheel well, and at least a portion is located behind the wheel well.

6. The improvement of claim 1, wherein the storage box is substantially centered relative to the width of one of the rear wheels.

7. The improvement of claim 1, wherein the hinged portion is constructed such that the pickup truck has an external appearance of a conventional pickup truck free of storage box.

8. A pickup truck having: a cab; a bed with two contoured side panels connected to the cab; at least two rear wheels configured to support the bed; and two wheel wells connected to the bed above the rear wheels, the improvement comprising:

at least one storage box adjacent a side panel and substantially aligned in a lateral direction with the center of the wheel well; and

a hinged panel providing access to the storage box.

9. The improvement of claim 8, wherein at least a portion of the storage box is located above the wheel well.

10. The improvement of claim 8, wherein at least a portion of the storage box is located in front of the wheel well.

11. The improvement of claim 8, wherein at least a portion of the storage box is located behind the wheel well.

12. The improvement of claim 8, wherein at least a portion of the storage box is located above the wheel well, at least a portion is located in front of the wheel well, and at least a portion is located behind the wheel well.

13. The improvement of claim 8, wherein the hinged portion is constructed such that the pickup truck has an external appearance of a conventional pickup truck free of storage box.

14. A pickup truck having: a cab with two or more doors, each having an external surface; a bed with two contoured side panels connected to the cab; at least two rear wheels configured to support the bed, and two wheel wells connected to the bed above the rear wheels, the improvement comprising:

at least one storage box adjacent a side panel, wherein the storage box does not substantially extend laterally beyond the exterior surfaces of the doors;

and at least one hinged panel providing access to the storage box.

15. The improvement of claim 14, wherein the exterior surface of the side panel is substantially aligned with an exterior surface of the cab.

16. The improvement of claim 14, wherein at least a portion of the storage box is located above the wheel well.

17. The improvement of claim 14, wherein at least a portion of the storage box is located in front of the wheel well.

18. The improvement of claim 14, wherein at least a portion of the storage box is located behind the wheel well.

19. The improvement of claim 14, wherein at least a portion of the storage box is located above the wheel well, at least a portion is located in front of the wheel well, and at least a portion is located behind the wheel well.

20. The improvement of claim 14, wherein the storage box is substantially centered relative to the width of one of the rear wheels.

US 6,499,795 B2

7

**21**. The improvement of claim **14**, wherein the hinged portion is constructed such that the pickup truck has an external appearance of a conventional pickup truck free of storage box.

**22**. A pickup truck having: a cab; a bed connected to the cab; two side panels connected to the bed, each side panel having a top, a bottom, and an approximate center; and two wheel wells adjacent to the side panels and connected to the bed wherein the side panels are disposed approximately equidistant from a midline of the bed, the improvement comprising:

a storage box, wherein the storage box is connected to the bed and adjacent to one of the side panels;

at least a portion of the adjacent side panel is hinged to provide access to the storage box; and,

wherein the side panels are contoured such that the distance between the top of one of the side panels and the midline of the bed is less than the distance between the approximate center of the side panels and the midline of the bed.

**23**. The improvement of claim **22**, wherein at least a portion of the storage box is located above the wheel well.

**24**. The improvement of claim **22**, wherein at least a portion of the storage box is located in front of the wheel well.

**25**. The improvement of claim **22**, wherein at least a portion of the storage box is located behind the wheel well.

**26**. The improvement of claim **22**, wherein at least a portion of the storage box is located above the wheel well, at least a portion is located in front of the wheel well, and at least a portion is located behind the wheel well.

**27**. The improvement of claim **22**, wherein the storage box is substantially centered relative to the width of one of the rear wheels.

**28**. The improvement of claim **22**, wherein the hinged portion is constructed such that the pickup truck has an external appearance of a conventional pickup truck free of storage box.

**29**. A vehicle with a bed comprising:

at least two rear wheels configured to support the bed;

a pair of contoured side panels over the rear wheels and connected to the bed; and

a storage box mounted within the bed and adjacent to at least one of the side panels;

wherein at least a portion of at least one of the side panels is hinged to provide access to at least a portion of the storage box.

**30**. The vehicle of claim **29**, wherein the vehicle is a pickup truck.

**31**. The vehicle of claim **29**, wherein the vehicle further comprises a passenger area comprising seats.

**32**. The vehicle of claim **29**, wherein the storage box is substantially centered relative to the width of one of the rear wheels.

**33**. A vehicle comprising:

a passenger cabin;

a cargo area defined by a pair of side panels and located behind the cabin;

at least two rear wheels configured to support the cargo area; and

a storage box mounted within the cargo area and adjacent to the side panels wherein the horizontal width of the cargo area is not substantially greater than the width of the passenger cabin.

**34**. The vehicle of claim **33**, wherein the vehicle is a pickup truck and the cabin is a cab.

8

**35**. The vehicle of claim **33**, wherein the cabin comprises a driver's seat and a front passenger seat.

**36**. The vehicle of claim **33**, wherein the storage box is substantially centered relative to the width of one of the rear wheels.

**37**. The vehicle of claim **33**, wherein the side panels are contoured.

**38**. The improvement of claim **1** wherein the side panels are contoured.

**39**. A pickup truck having: a cab; a bed with two side panels connected to the cab and mounted on a frame; at least two rear wheels configured to support the bed; and two wheel wells connected to the bed above the rear wheels, the improvement comprising:

a storage compartment mounted within the bed and adjacent to one of the wheel wells; and

at least a portion of one of the side panels is hinged to provide access to at least a portion of the storage compartment wherein the side panels terminate adjacent the frame.

**40**. The truck of claim **39**, wherein the storage compartment is substantially centered relative to the width of one of the rear wheels.

**41**. The truck of claim **40** wherein the side panels are substantially aligned with the cab.

**42**. The truck of claim **39** wherein an outer side of the storage compartment is contoured.

**43**. The truck of claim **42** wherein the contoured outer side of the storage compartment is substantially aligned with the cab.

**44**. The truck of claim **39** which further comprises a second storage compartment mounted within the bed and adjacent to a second wheel well.

**45**. The truck of claim **44** wherein the first and second storage compartments are formed by contoured side panels connected to the cab wherein at least a portion of said side panels are hinged to provide access to at least a portion of said storage compartments.

**46**. The truck of claim **45** wherein the hinged portion is constructed such that the truck has an external appearance of a conventional pickup truck.

**47**. The truck of claim **45** wherein the storage compartments are positioned in excess of about four feet from each other.

**48**. The truck of claim **39** wherein the bed has a length of at least about eight feet.

**49**. A pickup truck comprising:

a cab;

a bed located behind the cab wherein said bed has two contoured side panels connected to the cab and defining a cargo area wherein said cargo area has a horizontal width which is not substantially greater than the width of the cab;

at least two rear wheels configured to support the bed;

two wheel wells connected to the bed above the rear wheels; and

a storage box comprising multiple compartments wherein said storage box is mounted within the bed and adjacent to one of the wheel wells, wherein a substantial portion of the two side panels is hinged to provide access to the compartments of the storage box, and wherein the storage box is substantially centered relative to the width of one of the rear wheels.    [visible hinges]

**50**. The truck of claim **49** wherein the hinges are hidden from a side view of the bed.    [hidden hinges]

* * * * *



US007104583B2

(12) **United States Patent**
Clare

(10) Patent No.: **US 7,104,583 B2**
(45) Date of Patent: **Sep. 12, 2006**

(54) **VEHICLE WITH STORAGE/UTILITY SYSTEM**

(76) Inventor: **Scott Clare**, 547 El Pintado Rd., Danville, CA (US) 94526

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/330,686**

(22) Filed: **Dec. 27, 2002**

(65) **Prior Publication Data**

US 2003/0146638 A1    Aug. 7, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 09/803,420, filed on Mar. 9, 2001, now Pat. No. 6,499,795, which is a continuation-in-part of application No. 09/426,981, filed on Oct. 26, 1999, now abandoned, which is a continuation of application No. 08/896,392, filed on Jul. 18, 1997, now Pat. No. 5,979,973, which is a continuation-in-part of application No. 08/685,678, filed on Jul. 24, 1996, now abandoned, which is a continuation-in-part of application No. 08/506,893, filed on Jul. 26, 1995, now Pat. No. 5,567,000.

(51) **Int. Cl.**
*B60R 9/06*    (2006.01)

(52) **U.S. Cl.** ..................................... **296/37.6**; 224/404

(58) **Field of Classification Search** .............. 296/37.6, 296/183, 183.1; 224/404
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 322,965 A | 7/1885 | Powell | |
| 527,339 A | 10/1894 | Lins | |
| 912,430 A | 2/1909 | Smither | |
| 1,295,372 A | 2/1919 | Riddle et al. | |
| 1,490,657 A | 4/1924 | Botella | |

| | | | |
|---|---|---|---|
| 1,857,061 A | 5/1932 | McGloughlin | ............... 296/37.2 |
| 1,990,757 A | 2/1935 | Stiles | ............................ 296/28 |
| 2,327,410 A | 8/1943 | Ferguson | ...................... 211/13 |
| 2,380,557 A | 7/1945 | Terry | ............................ 296/24 |
| D143,990 S | 2/1946 | Powers | |
| 2,426,772 A | 9/1947 | Holan, Jr. et al. | ............. 296/24 |
| 2,455,417 A * | 12/1948 | Holan et al. | ............... 296/37.6 |
| 2,530,578 A | 11/1950 | Hotop | ......................... 296/24 |
| 2,616,754 A * | 11/1952 | Stahl | ........................ 296/37.6 |
| 2,622,400 A | 12/1952 | Greer | ........................... 60/97 |
| 2,662,793 A | 12/1953 | Lindsay | ........................ 296/28 |
| 2,722,352 A | 11/1955 | Dehnel | .................. 224/42.42 |
| 2,772,913 A | 12/1956 | Holan et al. | .................. 296/28 |
| 2,812,097 A | 11/1957 | Legge | ........................ 220/18 |
| 2,893,727 A | 7/1959 | Barnard | |
| 2,901,285 A | 8/1959 | Walker | ........................ 296/37 |
| 2,941,837 A | 6/1960 | McCready | ..................... 296/37 |
| 2,978,153 A | 4/1961 | Brindle | ................... 224/42.42 |
| 2,992,038 A | 7/1961 | Manganello | ................. 296/36 |
| 3,004,790 A | 10/1961 | Mayer | ......................... 296/26 |
| 3,019,047 A | 1/1962 | Ahrens | ........................ 296/28 |

(Continued)

FOREIGN PATENT DOCUMENTS

CA    551973    1/1958

(Continued)

OTHER PUBLICATIONS

Douglas, "A low silhouette," 1-3.

(Continued)

*Primary Examiner*—Dennis H. Pedder
(74) *Attorney, Agent, or Firm*—Vinson & Elkins L.L.P.

(57) **ABSTRACT**

A truck with one or more storage compartments in the bed adjacent the side panels and in which a hinged panel in the side panel or fender allows access to a storage compartment. The side panels maintain the appearance of a conventional pickup truck without storage compartments.

**62 Claims, 3 Drawing Sheets**



A6623

**US 7,104,583 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,022,108 A | 2/1962 | Cooley | 296/57 |
| 3,034,823 A | 5/1962 | Himka et al. | 296/24 |
| 3,068,038 A | 12/1962 | Douglass, Jr. | 296/24 |
| 3,082,033 A | 3/1963 | Bosher | 296/26 |
| 3,085,826 A | 4/1963 | Carreau | 296/37 |
| 3,245,713 A | 4/1966 | Ogilvie | 296/24 |
| 3,326,595 A | 6/1967 | Ogilvie | 296/37 |
| 3,449,864 A | 6/1969 | Prost-Dame et al. | 49/477 |
| 3,492,042 A | 1/1970 | Nachtigall, Jr. | 296/24 |
| 3,541,668 A | 11/1970 | Wessells, III et al. | 29/469 |
| 3,596,976 A | 8/1971 | Eitel et al. | 296/24 |
| 3,668,907 A | 6/1972 | Pastva, Jr. | 70/153 |
| 3,727,971 A * | 4/1973 | Sisler | 296/37.6 |
| 3,768,858 A | 10/1973 | Boismier | 296/137 |
| 3,799,605 A | 3/1974 | Silva | 296/23 |
| 3,806,184 A | 4/1974 | Dean | 296/35 |
| 3,826,529 A | 7/1974 | Wood | 296/37 |
| 3,869,873 A | 3/1975 | Thomas | 62/275 |
| 3,891,262 A | 6/1975 | Brunel | 296/3 |
| 4,103,956 A | 8/1978 | Faultich | 296/10 |
| 4,121,382 A | 10/1978 | Dietrich et al. | 49/334 |
| 4,126,349 A | 11/1978 | Nelson et al. | 296/24 |
| 4,135,761 A * | 1/1979 | Ward | 296/37.6 |
| 4,138,046 A | 2/1979 | De Freze | 224/42.42 |
| 4,139,232 A | 2/1979 | Cerf et al. | 296/63 |
| 4,151,925 A | 5/1979 | Glassmeyer | 220/1.5 |
| 4,194,782 A | 3/1980 | Itoh | 296/65 |
| 4,216,990 A | 8/1980 | Musgrove et al. | 296/213 |
| D257,968 S | 1/1981 | Rice | D12/156 |
| 4,328,988 A * | 5/1982 | Patterson et al. | 296/10 |
| 4,353,111 A | 10/1982 | Gallitzendorfer et al. | 362/80 |
| 4,355,837 A | 10/1982 | Shimizu et al. | 296/37.12 |
| 4,372,429 A | 2/1983 | Marx | 188/322.12 |
| 4,394,100 A | 7/1983 | Sperlich | 410/2 |
| 4,408,571 A | 10/1983 | Dodson et al. | 267/120 |
| 4,422,685 A | 12/1983 | Bonfilio et al. | 296/197 |
| 4,438,964 A | 3/1984 | Peters | 292/216 |
| 4,469,364 A | 9/1984 | Rafi-Zadeh | 296/37.6 |
| 4,570,986 A | 2/1986 | Sams | 293/117 |
| 4,632,446 A | 12/1986 | Douglass | 296/37.6 |
| 4,643,314 A | 2/1987 | Kidd | 206/600 |
| 4,685,695 A | 8/1987 | LeVee | 280/423 |
| 4,705,317 A | 11/1987 | Henri | 296/37.6 |
| 4,733,898 A | 3/1988 | Williams | 296/24 |
| 4,761,917 A | 8/1988 | Knecht et al. | 49/477 |
| 4,762,449 A | 8/1988 | St. Pierre et al. | 410/107 |
| 4,770,458 A | 9/1988 | Burke et al. | 296/3 |
| 4,773,242 A | 9/1988 | Smith | 70/455 |
| 4,776,481 A | 10/1988 | Kidd | 220/22 |
| 4,789,195 A | 12/1988 | Fletcher | 296/37.6 |
| 4,805,347 A | 2/1989 | Smith | 49/477 |
| 4,823,923 A | 4/1989 | Moyer | 188/376 |
| 4,830,242 A | 5/1989 | Painter | 224/42.32 |
| 4,861,096 A * | 8/1989 | Hastings | 296/183 |
| 4,900,083 A | 2/1990 | Kumasaka et al. | 296/197 |
| 4,911,487 A | 3/1990 | Rachocki | 292/216 |
| 4,917,279 A | 4/1990 | Brow et al. | 224/42.14 |
| 4,917,430 A | 4/1990 | Lawrence | 296/376 |
| 4,936,624 A | 6/1990 | West | 296/37.6 |
| 4,971,092 A | 11/1990 | Parry et al. | 137/351 |
| 4,981,320 A | 1/1991 | Bowman | 296/57.1 |
| 4,998,758 A | 3/1991 | Kowalczyk et al. | 292/201 |
| 5,048,888 A | 9/1991 | Willy et al. | 296/189 |
| 5,088,636 A | 2/1992 | Barajas | 224/281 |
| 5,090,105 A | 2/1992 | DeRees | 29/469 |
| 5,090,770 A | 2/1992 | Heinrichs et al. | 297/347 |
| 5,098,148 A | 3/1992 | Hoban | 296/66 |
| 5,123,691 A | 6/1992 | Ginn | 296/37.1 |
| 5,125,710 A | 6/1992 | Gianelo | 296/37.1 |
| 5,152,030 A | 10/1992 | Cogo | 16/86 |
| 5,172,519 A | 12/1992 | Cooper | 49/400 |

| | | | |
|---|---|---|---|
| 5,188,414 A | 2/1993 | Burnham et al. | 296/37.6 |
| 5,190,337 A | 3/1993 | McDaniel | 296/3 |
| 5,197,775 A | 3/1993 | Reeber | 296/37.12 |
| 5,207,469 A | 5/1993 | Rossi | 296/37.6 |
| 5,233,849 A | 8/1993 | Forbers | 70/256 |
| 5,251,729 A | 10/1993 | Nehl et al. | 188/299 |
| 5,253,917 A | 10/1993 | Brueggemann | 296/218 |
| 5,267,773 A | 12/1993 | Kalis, Jr. et al. | 296/183 |
| 5,267,776 A | 12/1993 | Fromson | 297/232 |
| 5,288,124 A | 2/1994 | Ward | 296/183 |
| 5,303,969 A | 4/1994 | Simnacher | 296/37.6 |
| 5,316,338 A | 5/1994 | Payne et al. | 296/37.6 |
| 5,324,089 A | 6/1994 | Schlachter | 296/37.5 |
| 5,339,488 A | 8/1994 | Maass | 15/250.01 |
| 5,361,542 A | 11/1994 | Dettloff | 49/477.1 |
| 5,383,703 A | 1/1995 | Irvine, III | 296/181 |
| 5,385,378 A | 1/1995 | Hakamada et al. | 296/37.12 |
| 5,390,974 A | 2/1995 | Theodorakakos | 296/146.9 |
| 5,421,645 A | 6/1995 | Young | 312/108 |
| 5,439,152 A | 8/1995 | Campbell | 224/405 |
| 5,449,213 A | 9/1995 | Kiley et al. | 296/56 |
| 5,458,353 A | 10/1995 | Hanemaayer | 280/164.1 |
| 5,476,301 A | 12/1995 | Berkich | 296/3 |
| 5,489,104 A | 2/1996 | Wolff | 277/34 |
| 5,498,048 A | 3/1996 | Shelby, Jr. | 296/24.1 |
| 5,498,049 A | 3/1996 | Schlachter | 296/37.6 |
| 5,518,158 A | 5/1996 | Matlack | 224/402 |
| 5,535,931 A | 7/1996 | Barlow et al. | 224/404 |
| 5,567,000 A | 10/1996 | Clare | 296/37.6 |
| 5,573,685 A | 11/1996 | Boncaldo | 219/201 |
| 5,575,525 A | 11/1996 | Walworth, Jr. et al. | 296/183 |
| 5,615,922 A | 4/1997 | Blanchard | 296/37.6 |
| 5,628,540 A | 5/1997 | James | 296/3 |
| 5,636,890 A | 6/1997 | Cooper | 296/37.1 |
| 5,660,427 A | 8/1997 | Freeman et al. | 296/190 |
| 5,667,268 A | 9/1997 | Bump | 296/100 |
| 5,709,309 A | 1/1998 | Gallagher et al. | 220/229 |
| 5,743,584 A * | 4/1998 | Lance et al. | 296/37.6 |
| 5,810,426 A | 9/1998 | Bovellan | 296/189 |
| 5,816,630 A | 10/1998 | Bennett et al. | 292/341.17 |
| 5,826,931 A | 10/1998 | Perlman et al. | 296/37.6 |
| 5,833,295 A | 11/1998 | Farlow, Jr. | 296/24.1 |
| 5,845,952 A | 12/1998 | Albertini et al. | 296/37.6 |
| 5,845,954 A | 12/1998 | DePue | 296/37.12 |
| 5,904,389 A | 5/1999 | Vaishnav et al. | 296/37.1 |
| 5,921,604 A | 7/1999 | Yu et al. | 296/56 |
| 5,944,376 A | 8/1999 | Buchanan, Jr. | 296/146.4 |
| 5,979,973 A | 11/1999 | Clare et al. | 296/189 |
| 6,003,923 A | 12/1999 | Scott et al. | 296/37.6 |
| 6,102,474 A | 8/2000 | Daley | 296/836 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 3636789 A1 | 5/1988 |
| DK | 13161 | 5/1910 |
| FR | 608961 | 8/1926 |
| FR | 716091 | 12/1931 |
| FR | 1181569 | 6/1959 |
| FR | 2592344 A | 7/1987 |
| GB | 207524 | 7/1924 |
| JP | 57151429 | 9/1982 |
| JP | 1119445 | 5/1989 |
| JP | 4248033 | 3/1992 |
| JP | 4221279 | 8/1992 |
| WO | WO 97/05008 | 2/1997 |

## OTHER PUBLICATIONS

Advertisement in Capitol Buick.Pontiac.GMC "Truck Talk," vol. 2, No. 1, Summer 2001.
Advertisement on p. 6 of Brochure entitled "Avalanche—Like a Rock," 2000.
U.S. Appl. No. 09/083,422.

A6624

## US 7,104,583 B2
Page 3

Parker, "1969 VW Transporter is gussied up 'Inga'," The Washington Times, Apr. 26, 2002.

L'Auto Carrosscerie, Apr. 1937.

"Report of Defendant's Expert Witness Richard D. Grauer", In the United States District Court for the Eastern District of Texas Marshall Division, Jan. 13, 2004.

"Expert Report and Declaration of Larry Simnacher Regarding Non-Infringement", In the United States District Court for the Eastern District of Texas Marshall Division, received Jan. 28, 2004.

"Expert Report and Declaration of Larry Simnacher", In the United States District Court for the Eastern District of Texas Marshall Division, Jan. 28, 2004.

"Opening Expert Report of Dr. Ed Akin Regarding Infringement", In the United States District Court for the Eastern Division of Texas Marshall Division, Jan. 13, 2004.

"Supplemental Expert Report of Dr. Ed Akin", In the United States District Court for the Eastern District of Texas Marshall Division, Feb. 16, 2004.

"Rebuttal Expert Report of Dr. Ed Akin Regarding Validity", In the United States District Court for the Eastern District of Texas Marshall Division, Jan. 28, 2004.

"Expert Witness Report by John F. Witherspoon", In the United States District Court for the Eastern District of Texas Marshall Division, Feb. 19, 2004.

"Expert Report of Walter Bratic, Jan. 28, 2004", In the United States District Court for the Eastern District of Texas Marshall Division, Jan. 28, 2004.

"Expert Report of Larry W. Evans Pursuant to Rule 26(a)(2)(B), Fed. R. Civ. P.", In the United States District Court for the Eastern District of Texas Marshall Division, Jan. 13, 2004.

"Expert Report of James T. Davis", In the United States District Court for the Eastern District of Texas Marshall Division, Jan. 13, 2004.

"Supplemental Expert Report of Dr. Ed Akin Regarding Infringement by Royal", In the United States District Court for the Eastern District of Texas Marshall Division, Feb. 16, 2004.

"Expert Report of Richard J. Toner", In the United States District Court for the Eastern District of Texas Marshall Division, Jan. 13, 2004.

"Plaintiffs' Opening Brief on Claim Construction", In the United States District Court for the Eastern District of Texas Marshall Division, Oct. 9, 2003.

"Ford Motor Company's Claim Construction Brief", In the United States District Court for the Eastern District of Texas Marshall Division, Oct. 24, 2003.

"Defendant General Motors Corporation's Claim Construction Brief", In the United States District Court for the Eastern District of Texas Marshall Division, Oct. 24, 2003.

"Plaintiffs' Reply Brief on Claim Construction", In the United States District Court for the Eastern District of Texas Marshall Division, Nov. 10, 2003.

"Claim Construction Order", In the United States District Court for the Eastern District of Texas Marshall Division, Dec. 6, 2003.

"General Motors Corporation's Motion for Summary Judgment of Invalidity of U.S. Pat. No. 6,499,795", In the United States District Court for the Eastern District of Texas Marshall Division, Aug. 5, 2003.

"Plaintiffs' Response to GM's Motion for Summary Judgment of Invalidity of U.S. Pat. No. 6,499,795", In the United States District Court for the Eastern District of Texas Marshall Division, Aug. 27, 2003.

"Reply in Support of General Motors Corporation's Motion for Summary Judgment of Invalidity of U.S. Patent No. 6,499,795", In the United States District Court for the Eastern District of Texas Marshall Division, Sep. 3, 2003.

"Ford Motor Company's Motion for Summary Judgment of Non-Infringement", In the United States District Court for the Eastern District of Texas Marshall Division, Feb. 20, 2004.

"General Motors Corporation's Supplemental Brief for Its Summary Judgment Motion and In Opposition to Plaintiffs' Request for Summary Judgment", In the United States District Court for the Eastern District of Texas Marshall Division, Dec. 31, 2003.

"Plaintiff's Further Supplemental Brief In Further Opposition to GM's Motion for Summary Judgment of Invalidity of U.S. Patent No. 6,499,795", In the United States District Court for the Eastern District of Texas Marshall Division, Jan. 28, 2004.

"Order Denying General Motors Corporation's Motion for Summary Judgment", In the United States District Court for the Eastern District of Texas Marshall Division, Feb. 10, 2004.

"Record of Invention of James George Gobart" received Aug. 18, 1994.

U.S. Appl. No. 09/426,981.

U.S. Appl. No. 09/512,018.

* cited by examiner

U.S. Patent          Sep. 12, 2006          Sheet 1 of 3          US 7,104,583 B2



FIG. 1



FIG. 2

A6626



**FIG. 3**

**FIG. 4**

A6627



*FIG. 5*

US 7,104,583 B2

**1**

## VEHICLE WITH STORAGE/UTILITY SYSTEM

### BACKGROUND OF THE INVENTION

This application is a continuation of U.S. Ser. No. 09/803, 420, filed Mar. 9 2001, now U.S. Pat. No. 6,499,795, which is a continuation-in-part of U.S. Ser. No. 09/426,981, filed Oct. 26, 1999 now abandoned, which is a continuation of U.S. Pat. No. 08/896,392, filed Jul. 18, 1997, now U.S. Pat. No. 5,979,973, which is a continuation-in-part of U.S. Ser. No. 08/685,678, filed Jul. 24, 1996, now abandoned, which is a continuation-in-part of U.S. Ser. No. 08/506,893, filed Jul. 26, 1995, now U.S. Pat. No. 5,567,000.

Pickup trucks have long been a means for transporting and/or storing tools, materials, etc. for various trades, such as plumbing, electrical, construction, repair, etc. While conventional tool boxes, which generally extend across the pickup bed, are a convenient tool storage approach, such take up a great deal of space and thus reduce the carrying capacity. Also, the conventional pickup beds have been removed and replaced with utility type beds of various types, such as exemplified by U.S. Pat. No. 5,267,773 issued Dec. 7, 1993 to G. Kalis, Jr. et al. In addition, the pickup truck body and/or beds have been modified to provide storage/ utility space, such as exemplified by U.S. Pat. No. 4,917,430 issued Apr. 17, 1990 to M. A. Lawrence.

While these prior storage/utility arrangements have been satisfactory for their intended purpose, such are an attraction for theft as well as having an appearance of a utility bed. Thus, there has been a need for a storage/utility system for pickup truck beds which does not alter the bed's external appearance or significantly reduce the interior size of the bed, thereby reducing the tool theft problem while providing space for hidden storage without significant reduction of the bed's carrying capacity.

[0004]

This need has been filled by the present invention which involves the conversion of a conventional pickup truck bed into a storage/utility bed without altering the external appearance of the bed and without significant reduction in the carrying capacity thereof. This is accomplished by providing storage adjacent the wheel well area, and along the length of the bed, and providing the fender/side panel of the bed with a hinge and latch arrangement whereby the fender/side panel can be raised to expose the storage area, or closed and latched to conceal the storage area. Thus, the pickup can be used for pleasure or work without the appearance of its storage/utility capability, and can be parked in areas where theft would likely occur from conventional tool boxes or utility

[visible hinge]

### SUMMARY OF THE INVENTION

It is an object of the present invention to provide a storage/utility system for conventional pickup truck beds.

A further object of the invention is to provide a method for converting a standard pickup truck bed into a storage/utility bed.

A further object of the invention is to provide a pickup truck bed with storage/utility capability without a significant reduction in the carrying capacity thereof.

Another object of the invention is to provide a pickup bed with storage/utility capability without altering the external appearance of the bed.

**2**

Another object of the invention is to provide a pickup bed with a hidden storage/utility system wherein the fender/side panel of the bed is hinged to allow access to the storage/ utility area.

Another object of the invention is to reduce theft potential from a storage/utility bed of pickup trucks, etc. by providing hidden storage/utility areas in the bed without altering the external appearance of the bed.

Other objects and advantages of the invention will become apparent from the following description and accompanying drawings. The invention involves a storage/utility system for pickup truck beds that can be installed in any fleet side bed without altering the bed's appearance. The storage/ utility system is installed in the wheel well area of the bed, and uses hinges to open and close the fender/side panel of the bed. The fender/side panel is provided with a latching and lock mechanism. Since the storage/utility system only involves the area of bed adjacent the wheel wells, it does not significantly reduce the carrying capacity of the bed. By providing a hidden storage/utility system for a pickup truck bed, the potential of theft therefrom is substantially reduced since the unaltered appearance of the bed's external surfaces would not lead one to a realization that it contained tools, etc.

[visible lock]

Certain embodiments of the present disclosure may therefore be described as storage/utility systems for a bed adapted to be mounted on wheels and having side panels, including a storage box mounted on at least one side of the bed; at least a portion of a side panel on at least one side of the bed being hinged at an upper portion thereof, whereby the hinged portion can be raised to expose an interior of the storage box and lowered to cover the interior of the storage box; and a lock mechanism mounted to releasably secure the side panel. In the described embodiment, the bed preferably includes a pair of wheel wells, and the storage box covers a wheel well and extends forward and/or rearward from the wheel well.

A preferred storage/utility system has a storage box with a height less than a height of the bed, and in certain embodiments, a lock and latch mechanism is mounted to the storage box and may include a plurality of latch members adapted to cooperate with latch members secured to the side panel. It is also an aspect of the present disclosure that a storage box may be provided with at least one shelf therein. In certain embodiments, a portion of a side panel extends substantially an entire length of the bed, and the storage system is formed by a pair of vertical cuts in the overall side panel of the bed adjacent ends of the overall side panel, and is constructed such that when the side panel is lowered the storage box is hidden and the appearance of the bed is not altered.

[00013]

[visible cut lines]

In certain embodiments of the disclosure, each side of a bed may be provided with a storage box, a lock and latch mechanism, and a hinged side panel. It is also a preferred embodiment that when each side of a bed includes a storage box, that the storage boxes in the bed are positioned in excess of four (4) feet from each other. Various embodiments of the disclosure would also include the described storage/utility systems in which the beds are mounted over the wheels of a pickup, trailer or truck.

[visible lock]

In certain embodiments an invention disclosed herein may be described as a method for converting a conventional bed of a vehicle or trailer having wheel wells and side panels into a storage/utility bed without altering the external appearance of the bed. The method would include removing a section of the side panel on at least one side of the bed; hinging the removed side panel section at an upper end thereof to the

US 7,104,583 B2

**3**

bed, whereby the side panel section can be raised and lowered; forming storage means along at least one side of the bed so as to cover the wheel wells, whereby raising of the side panel section exposes the interior of the storage means; and providing latching means for side panel section.

In the practice of the described method, removing a section of the side panel may be carried out by making a pair of vertical cuts through the side panel and removing any connection to the bed of the side panel along the lower end thereof. The removed side panel may be hinged, and in certain embodiments a full length hinge is used. The method may further include providing a latch by positioning a plurality of latch mechanisms along the bed and along the side panel section, and providing the storage means with a latch release mechanism and a lock may also be provided. In certain embodiments the latching mechanism is formed to include a release mechanism, preferably by positioning the release mechanism at the rear of the storage means, and connecting the plurality of latch mechanisms to the release mechanism.

[visible lock]

[less visible lock]

[visible hinge]

In certain embodiments the described method include providing a storage means, a hinged side panel section, and a latching means on each side of the bed, and positioning the storage means in the bed such that there is a space of about four feet between the storage means, and forming the storage means such that the height thereof is less than the height of the bed. Such methods may further include hinging the side panel section such that the hinge is hidden from a side view of the bed, preparing and painting the storage means and exposed surfaces of the side panel section and adjacent bed surfaces to correspond to the paint of the bed, and/or providing the storage means with internal shelving.

[hidden hinge]

[00018]    Certain embodiments of the invention may also be described as a method for fabricating a storage/utility bed without altering the external appearance thereof, including forming a bed to include a storage box on each side of the bed extending along substantially the length of the bed; forming hinged side panels on the bed such that same can be opened and closed, to expose or cover the storage boxes, and providing latching and lock means for the side panels.

[visible hinge]

[visible lock]

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are incorporated into and form a part of the disclosure, illustrate an embodiment of the invention and, together with the description, serve to explain the principles of the invention.

FIG. 1 is a view of a side of a pickup truck bed which has been modified to incorporate the storage/utility system under the closed fender/side panel of the bed in accordance with the present invention.

FIG. 2 is an end view of the pickup truck bed of FIG. 1 showing the left fender/side panel open, the right fender/side panel closed, the tail gate open, and the storage boxes and lock mechanism within the bed.

FIG. 3 is a view of an embodiment of the storage/utility system of the FIG. 1 pickup truck bed with the fender/side panel raised to illustrate the storage bin shelves and latch mechanism.

FIG. 4 is a top view of the FIG. 1 pickup truck bed illustrating the storage boxes and fender/side panels, with the tail gate closed.

FIG. 5 is a view of a pickup truck having a storage compartment in the bed adjacent the side panel.

**4**

DETAILED DESCRIPTION OF THE
INVENTION

The present invention involves a storage/utility system for a pickup truck bed and a method for conversion of a conventional pickup truck bed to a storage/utility bed without altering the external appearance of the bed, and without a significant reduction in the carrying capacity of the bed. The present invention reduces the theft potential from storage/utility beds by eliminating the appearance of such beds. The invention utilizes lost space adjacent the wheel wells of the bed while maintaining the space between the wheel wells. As known, the space between the wheel wells of a conventional pickup truck bed is slightly over four (4) feet and the conventional pickup truck beds have a length of eight (8) feet plus, wherein sheets of 8 ft. by 4 ft. material, such as plywood, etc. can be carried between the wheel wells. However, the space in front and back of the wheel well is generally considered lost space for large items until material bas been stacked above the height of the wheel wells. Thus, by utilizing the area in front, back, and above the wheel wells as storage/utility space, the overall storage/carrying capacity of the bed is increased between the outer fender and inner fender of a stock pickup by removing the inner fender. Here, the term storage/utility space is defined as that space in which tools, such as vices, saws, etc. can be stored or mounted for use, and in which shelves can be secured for retaining parts, etc.

By the present invention, a conventional pickup truck bed is converted to a storage/utility bed, whereas the conventional installation of storage/utility beds involve the replacement of the conventional bed, thus the cost of conversion compared to the cost of the conventional bed replacement is substantially less. Basically, the conversion involves cutting each fender/side panel (hereinafter called side panel) vertically in two places and along the upper length thereof, on an inner surface of the side panel, as described in detail hereinafter, disconnecting the lower length of the side panels from the bed frame, hinging the side panel along the upper length, providing braces on the side panels, installing a latching mechanism along the lower length of the side panels, providing a key lock for the latching mechanism, installing a storage structure or box over the wheel wells along each side of the bed, securing shelving to the storage box, and painting the cut areas and the storage box to correspond to the color of the bed. Upon completion of the conversion, from a side view, the only difference between the converted bed and a nonconverted bed are two vertical lines or small spaces, one just back of the front of the bed and one just forward of the taillight section of the bed, where the side panel is cut, as illustrated in FIG. 1. The hinge for each side panel is located on an inner area of the side panel so as not to be exposed to one viewing the bed from an external side position. Thus, one would not readily recognize the modification to the bed, and therefore those with intent to steal tools, etc. would not recognize the hidden storage arrangement.

Referring now to the drawings, FIGS. 1 and 2 illustrate a conventionally appearing pickup truck generally indicated at 10 having a cab 11, bed 12, frame or undercarriage 13, and wheels 14. The bed 12 is mounted on frame or undercarriage 13 and includes side panels 15, a taillight arrangement 16, a hinged tailgate 17 with stop mechanisms 18, and wheel wells 19. However, the bed 12 of FIGS. 1 and 2 has been modified in accordance with the present invention, with the only indication of such modification being the cuts, small spaces, or lines 20 and 21 in the side panels 15, as shown in

[visible cut lines]

US 7,104,583 B2

**5**

FIG. **1**, with the side panel being closed. Note that in this embodiment the side panels **15** terminate adjacent the frame or undercarriage **13**.

As seen in FIGS. **2**, **3**, and **4**, the storage/utility area is provided by storage or structure boxes **22** and **23** mounted within the bed **12** and over the wheel wells **19**, the boxes **22** and **23** being constructed to cover the wheel wells **19**, but not extend to the top or upper surface **24** of bed **12**, and terminate in spaced relation to tailgate **17**. A latch mechanism **25** is mounted in the rear of each of boxes **22** and **23**, as seen in FIG. **2**, and is provided with a key lock **26**. The latch mechanism **25** includes latch members **27** located in spaced relation along the bed **12**, and which cooperate with corresponding latch members **28** in side panel **15**, as show in FIG. **3**. While not shown, the latch members **27** are interconnected by a rod or cable which is connected to mechanism **25** which includes a release for members **27**.

As seen in FIG. **3**, the side panels **15** are each provided with braces **29** and a hinge **30** that extends the full length thereof. Shelves **31** and **32** are secured to the interior of storage or structure boxes **22** and **23**, and the area forward of the wheel well **19** forms a storage bin **33**. The hinges **30** are located on the interior of the bed **12** and thus not visible from the exterior.

[00029]    It has thus been shown that the present invention provides a hidden storage/utility arrangement that can be initially built into a pickup truck bed, or a conventional bed can be converted to include the storage/utility arrangement without altering the external appearance of the bed and without a significant reduction in the carrying capacity of the bed. While the invention has been described with respect to a pickup bed, it can be readily incorporated into trailer or full-sized truck beds having side panels without detracting from the appearance of the side panels, except for the two vertical cuts therein.

[visible cut lines]

While a specific embodiment of the storage/utility system of the present invention has been described and illustrated, such is not intended to limit the invention to this embodiment. For certain applications only one storage box my be desired. Beds for pickups, trailers, and trucks are designed with differently constructed side panels and frame/undercarriage arrangements. For example, the bed **12** of FIG. **1** may extend downward to cover the frame or undercarriage **13**, as shown, and thus the side panels **15** would include the extended area, or a cut, such as indicated at **34** in FIG. **2**, can be made along a desired lower portion of the side panels to eliminate the need for raising the entire side panel when the extended area is part thereof.

[visible horizontal cut line]

Modifications and changes may become apparent to those skilled in the art, and it is intended that the scope of the invention be limited only by the scope of the appended claims.

The invention claimed is:

**1**. A pickup truck comprising a forward area with contoured sides and a bed; the bed comprising:

an open cargo area;

rear wheel wells,

two opposed side panels which are contoured and generally in line with the contoured sides of the forward area of the pickup truck,

a floor;

a first and a second inner wall, which are visually integrated into the bed to define the lateral sides of the open cargo area of the bed, at least the first inner wall being spaced laterally inwardly of its associated side panel; a storage compartment built into the bed between the first

**6**

inner wall and its associated side panel, the storage compartment being located at least partially above the floor; and

a hinged panel providing access to the storage compartment,

the bed being constructed such that the pickup has substantially the external appearance of a pickup without the built-in storage.

**2**. The pickup truck of claim **1** further comprising a top rail between the first inner wall and the side panel.

**3**. The pickup truck of claim **2** in which the hinged panel includes at least a portion of the top rail.

**4**. The pickup truck of claim **2** wherein the hinged panel comprises a hinge located along a portion of the top rail.

**5**. The pickup truck of claim **1**, wherein the first and second inner walls are spaced apart by a distance of at least four feet.

**6**. The pickup truck of claim **1**, wherein the side panels are contoured to substantially match the contoured sides of the forward area.

**7**. The pickup truck of claim **1**, wherein the hinged panel comprises a hinge that is not exposed to an external view of the pickup.

**8**. The pickup truck of claim **5**, **6**, or **7**, wherein the storage compartment is at least partially above the wheel well.

**9**. The pickup truck of claim **5**, **6**, or **7**, wherein the storage compartment is at least partially behind the wheel well.

**10**. The pickup truck of claim **5**, **6** or **7**, wherein the storage compartment is at least partially above and at least partially behind the wheel well.

**11**. The pickup truck of claim **5**, **6** or **7**, wherein the storage compartment is entirely above the floor of the bed.

**12**. The pickup truck of claim **5**, **6** or **7**, wherein the wheel well has an inner edge portion, and the inner wall is approximately aligned with the inner edge portion of the wheel well.

**13**. The pickup truck of claim **5**, **6** or **7**, wherein the wheel well has an inner edge and the inner wall is positioned near an inner edge of the wheel well.

**14**. The pickup truck of claim **5**, **6** or **7**, wherein the bed comprises a forward wall and the storage compartment extends to the forward wall.

**15**. The pickup truck of claim **5**, **6** or **7**, wherein the width of the storage compartment at the top of the side panel is less than the width of the wheel well at the level of the floor.

**16**. The pickup truck of claim **5**, **6** or **7**, comprising a second storage compartment which is a mirror image of the first and is disposed between the second inner wall and its associated side panel.

**17**. The pickup truck of claim **16**, wherein the first and second inner walls are spaced apart by a distance of at least four feet.

**18**. The pickup truck of claim **5**, **6** or **7**, wherein the bed is constructed such that the pickup has substantially the appearance of a pickup without the built-in storage.

**19**. The pickup truck of claim **5**, **6** or **7**, wherein the storage compartment contains a storage bin.

**20**. The pickup truck of claim **5**, **6** or **7**, wherein the storage compartment is lockable.

**21**. The pickup truck of claim **5**, **6** or **7**, wherein the contour of the side panels proximate the cab substantially conforms to the contour of the cab up to substantially the height of the bed.

**22**. A pickup truck comprising a forward area with contoured sides and a bed; the bed comprising:

an open cargo area;

rear wheel wells,

US 7,104,583 B2

**7**

two opposed side panels which are contoured and gener-ally in line with the contoured sides of the forward area of the pickup truck,

a floor;

a first and a second inner wall, which are visually inte-grated into the bed to define the lateral sides of the open cargo area of the bed, the inner walls being spaced laterally inwardly of their associated side panels; stor-age compartments built into the bed between the inner walls and their associated side panels, the storage compartments located at least partially above the floor; and

hinged panels providing access to the storage compart-ments;

the bed being constructed such that the pickup has sub-stantially the external appearance of a pickup without the built-in storage.

**23**. The pickup truck of claim **22**, wherein the hinged panels comprise hinges that are not exposed to an external view of the pickup truck.

**24**. The pickup truck of claim **22**, wherein the bed is constructed such that the pickup truck has substantially the appearance of a pickup truck without the built in storage.

**25**. The pickup truck of claim **22**, **23**, or **24** wherein the contour of the side panels proximate the forward area substantially conforms to the contour of the forward area up to substantially the height of the bed.

**26**. The pickup truck of claim **25**, wherein the storage compartments are at least partially above the wheel wells.

**27**. The pickup truck of claim **25**, wherein the storage compartments are at least partially behind the wheel wells.

**28**. The pickup truck of claim **25**, wherein the storage compartments are at least partially above and at least par-tially behind the wheel wells.

**29**. The pickup truck of claim **25**, wherein the storage compartments are entirely above the floor of the bed.

**30**. The pickup truck of claim **25**, wherein the storage compartments are at least partially above the wheel wells.

**31**. The pickup truck of claim **29**, wherein the storage compartments are at least partially behind the wheel wells.

**32**. The pickup truck of claim **29**, wherein the storage compartments are at least partially above and at least par-tially behind the wheel wells.

**33**. The pickup truck of claim **25**, wherein the first and second inner walls are spaced apart by a distance of at least four feet.

**34**. The pickup truck of claim **25**, wherein the wheel wells have inner edge portions, and the inner walls are approxi-mately aligned with the inner edge portions of the wheel wells.

**35**. The pickup truck of claim **25**, wherein the wheel wells have inner edges and the inner walls are each positioned near an inner edge of the wheel wells.

**36**. The pickup truck of claim **25**, further comprising top rails between the inner walls and the side panels.

**37**. The pickup truck of claim **36**, in which the hinged panels include at least a portion of the top rails.

**38**. The pickup truck of claim **36**, wherein the hinged panels comprise hinges located along a portion of the top rails.

**39**. The pickup truck of claim **25**, wherein the side panels are contoured to substantially match the contour of the contoured sides of the forward area.

**40**. The pickup truck of claim **25**, wherein the bed comprises a forward wall and the storage compartments extend to the forward wall.

**8**

**41**. The pickup truck of claim **25**, wherein the width of the storage compartments at the top of the side panels is less than the width of the wheel wells at the level of the floor.

**42**. The pickup truck of claim **25**, wherein the bed is constructed such that the pickup has substantially the appearance of a pickup without the built-in storage.

**43**. The pickup truck of claim **25**, wherein at least one of the storage compartments contains a storage bin.

**44**. The pickup truck of claim **25**, wherein at least one of [visible locks] the storage compartments is lockable.

**45**. A pickup truck comprising a forward area with con-toured sides and a bed; the bed comprising:

an open cargo area;

rear wheel wells,

two opposed side panels which are contoured and gener-ally in line with the contoured sides of the forward area of the pickup truck,

top rails;

a floor;

first and second inner walls, which are visually integrated into the bed to define the lateral sides of the open cargo area of the bed, the inner walls being spaced laterally inwardly of their associated side panels; storage com-partments built into the bed between the inner walls and their associated side panels, the storage compartments being located at least partially above the floor, at least partially above the wheel wells and at least partially behind the wheel wells; and

hinged panels providing access to the storage compart-ments;

the bed being constructed such that the pickup has sub-stantially the appearance of a pickup without the built-in storage.

**46**. The pickup truck of claim **45**, wherein the hinged panels comprise hinges that are not exposed to an external view of the pickup.

**47**. The pickup truck of claim **45**, wherein the storage compartments are at least partially in front of the wheel wells.

**48**. The pickup truck of claim **45** wherein the hinged panels comprise hinges located along a portion of the top rails.

**49**. The pickup truck of claim **45**, **46**, **47**, or **48**, wherein the storage compartments are entirely above the floor of the bed.

**50**. The pickup truck of claim **49**, wherein the first and second inner walls are spaced apart by a distance of at least four feet.

**51**. The pickup truck of claim **49**, wherein the wheel wells have inner edge portions, and the inner walls are approxi-mately aligned with the inner edge portions of the wheel wells.

**52**. The pickup truck of claim **49**, wherein the wheel wells have inner edges and the inner walls are each positioned near an inner edge of the wheel wells.

**53**. The pickup truck of claim **49**, wherein the side panels are contoured to substantially match the contoured sides of the forward area.

**54**. The pickup truck of claim **49**, wherein the bed comprises a forward wall and the storage compartments extend to the forward wall.

**55**. The pickup truck of claim **49**, wherein the width of the storage compartments at the top of the side panels is less than the width of the wheel wells at the level of the floor.

US 7,104,583 B2

9

10

**56**. The pickup truck of claim **49**, wherein at least one of the storage compartments contains a storage bin.

**57**. The pickup truck of claim **49**, wherein at least one of the storage compartments is lockable.

[visible locks]

**58**. The pickup truck of claim **49**, wherein the contour of the side panels proximate the forward area substantially conforms to the contour of the forward area up to substantially the height of the bed.

**59**. A pickup truck comprising a forward area with contoured sides and a bed; the bed comprising:

an open cargo area;

rear wheel wells,

two opposed side panels which are contoured to substantially match the contoured sides of the forward area and generally in line with the contoured sides of the forward area of the pickup truck,

top rails;

a floor;

first and second inner walls, which are visually integrated into the bed to define the lateral sides of the open cargo area of the bed, the inner walls being spaced laterally inwardly of their associated side panels; storage compartments built into the bed between the inner walls and their associated side panels, the storage compartments each containing a storage bin located at least partially above the floor, at least partially above the wheel wells and at least partially behind the wheel wells, wherein the width of the storage compartments at the top of the side panels is less than the width of the wheel wells at the level of the floor; and

hinged panels providing access to the storage bins;

the bed being constructed such that the pickup has substantially the external appearance of a pickup truck without the built-in storage.

**60**. The pickup truck of claim **59** wherein the hinged panels comprise hinges located along a portion of the top rails.

**61**. A pickup truck comprising a forward area with contoured sides and a bed; the bed comprising:

an open cargo area;

rear wheel wells,

two opposed side panels which are contoured to substantially match the contoured sides of the forward area and generally in line with the contoured sides of the forward area of the pickup truck,

top rails;

a floor;

first and second inner walls, which are visually integrated into the bed to define the lateral sides of the open cargo area of the bed, the inner walls being spaced laterally inwardly of their associated side panels; storage compartments built into the bed between the inner walls and their associated side panels, the storage compartments each containing a storage bin located above the floor, at least partially above the wheel wells and at least partially behind the wheel wells, wherein the width of the storage compartments at the top of the side panels is less than the width of the wheel wells; and

hinged panels providing access to the storage bins;

the bed being constructed such that the pickup has substantially the external appearance of a pickup without the built-in storage.

**62**. The pickup truck of claim **61**, wherein the hinged panels comprise hinges located along a portion of the top rails.

\*    \*    \*    \*    \*

# EXHIBIT B



US006499795B2

(12) **United States Patent**                 (10) Patent No.:        **US 6,499,795 B2**
Clare                                          (45) Date of Patent:         **Dec. 31, 2002**

(54) **VEHICLE WITH STORAGE/UTILITY SYSTEM**

(76) Inventor: **Scott Clare**, 3381 Shown Ct., Hayward, CA (US) 94541

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 23 days.

(21) Appl. No.: **09/803,420**

(22) Filed: **Mar. 9, 2001**

(65)         **Prior Publication Data**

US 2001/0052714 A1 Dec. 20, 2001

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/426,981, filed on Oct. 26, 1999, which is a continuation of application No. 08/896,392, filed on Jul. 18, 1997, now Pat. No. 5,979,973, which is a continuation-in-part of application No. 08/685,678, filed on Jul. 24, 1996, now abandoned, which is a continuation-in-part of application No. 08/506,893, filed on Jul. 26, 1995, now Pat. No. 5,567,000.

(51) Int. Cl.7 ................................................. **B60P 3/00**
(52) U.S. Cl. ...................................... **296/183**; 296/37.6
(58) Field of Search .............................. 296/37.6, 24.1, 296/183

(56)              **References Cited**

U.S. PATENT DOCUMENTS

|   |   |   |
|---|---|---|
| 257,968 A | 5/1882 | Mossman |
| 322,965 A | 7/1885 | Powell |
| 527,339 A | 10/1894 | Lins |
| 912,430 A | 2/1909 | Smither |
| 1,295,372 A | 2/1919 | Riddle et al. |
| 1,490,657 A | 4/1924 | Botella |
| 1,990,757 A | 2/1935 | Stiles |
| 2,159,022 A | * 5/1939 | Hawkins ................ 296/37.6 X |
| 2,327,410 A | 8/1943 | Ferguson ..................... 211/13 |
| 2,380,557 A | 7/1945 | Terry |
| D143,990 S | 2/1946 | Powers |

|   |   |   |
|---|---|---|
| 2,426,772 A | 9/1947 | Holan, Jr. et al. |
| 2,455,417 A | 12/1948 | Holan et al. |
| 2,530,578 A | 11/1950 | Hotop |
| 2,616,754 A | 11/1952 | Stahl |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

|   |   |   |
|---|---|---|
| CA | 551973 | 1/1958 |
| DE | 3636789 A1 | 5/1988 |
| DK | 13161 | 5/1910 |
| FR | 608961 | 8/1926 |
| FR | 716091 | 12/1931 |
| FR | 1181569 | 6/1959 |
| FR | 2592344 A | 7/1987 |
| GB | 207524 | 7/1924 |
| JP | 57151429 | 9/1982 |
| JP | 1119445 | 5/1989 |
| JP | 4248033 | 3/1992 |
| JP | 4221279 | 8/1992 |
| WO | WO 97/05008 | 2/1997 |

OTHER PUBLICATIONS

U.S. Patent Application Ser. No. 09/426,981.
U.S. Patent Application Ser. No. 09/512,018.
U.S. Patent Application Ser. No. 09/083,422.
Douglass, "A low silhouette," 1–3.

*Primary Examiner*—Dennis H. Pedder

(57)            **ABSTRACT**

A pickup truck conversion and method of providing same involves a storage/utility system in any fleet side pickup truck bed without substantially altering the bed's external appearance. The storage system is located adjacent the wheel well sections of the bed, and uses hinges to open and close the fender (side panel) of the bed. Since the storage system does not substantially alter the truck's external appearance, it reduces the attraction for theft. Also, since the storage area does not extend inwardly beyond the conventional wheel wells, the storage system leaves most of the truck bed free for use.

**50 Claims, 2 Drawing Sheets**





**US 6,499,795 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,622,400 A | 12/1952 | Greer |
| 2,662,793 A | 12/1953 | Lindsay |
| 2,722,352 A | 11/1955 | Dehnel |
| 2,722,913 A | 11/1955 | Holan et al. |
| 2,812,097 A | 11/1957 | Legge |
| 2,893,727 A | 7/1959 | Barnard |
| 2,901,285 A | 8/1959 | Walker |
| 2,941,837 A | 6/1960 | McCready |
| 2,978,153 A | 4/1961 | Brindle |
| 2,992,038 A | 7/1961 | Manganello |
| 3,019,047 A | 1/1962 | Ahrens |
| 3,022,108 A | 2/1962 | Cooley |
| 3,034,823 A | 5/1962 | Himka et al. |
| 3,068,038 A | 12/1962 | Douglass, Jr. |
| 3,082,033 A | 3/1963 | Bosher |
| 3,085,826 A | 4/1963 | Carreau |
| 3,245,713 A | 4/1966 | Ogilvie |
| 3,326,595 A | 6/1967 | Ogilvie |
| 3,449,864 A | 6/1969 | Prost-Dame et al. |
| 3,492,042 A | 1/1970 | Nachtigall, Jr. |
| 3,541,668 A | 11/1970 | Wessells, III et al. |
| 3,596,976 A | 8/1971 | Eitel et al. |
| 3,668,907 A | 6/1972 | Pastva, Jr. |
| 3,727,971 A | 4/1973 | Sisler |
| 3,768,858 A | 10/1973 | Boismier |
| 3,799,605 A | 3/1974 | Silva |
| 3,806,184 A | 4/1974 | Dean |
| 3,826,529 A | 7/1974 | Wood |
| 3,869,873 A | 3/1975 | Thomas |
| 3,891,262 A | 6/1975 | Brunel |
| 4,103,956 A | 8/1978 | Faulstich |
| 4,121,382 A | 10/1978 | Dietrich et al. |
| 4,126,349 A | 11/1978 | Nelson et al. |
| 4,135,761 A | 1/1979 | Ward |
| 4,138,046 A | 2/1979 | De Freze |
| 4,151,925 A | 5/1979 | Glassmeyer |
| 4,216,990 A | 8/1980 | Musgrove et al. |
| D257,968 S | 1/1981 | Rice |
| 4,353,111 A | 10/1982 | Gallitzendorfer et al. |
| 4,355,837 A | 10/1982 | Shimizu et al. |
| 4,372,429 A | 2/1983 | Marx |
| 4,394,100 A | 7/1983 | Sperlich |
| 4,408,751 A | 10/1983 | Dodson et al. |
| 4,422,685 A | 12/1983 | Bonfilio et al. |
| 4,438,964 A | 3/1984 | Peters |
| 4,469,364 A | 9/1984 | Rafi-Zadeh |
| 4,570,986 A | 2/1986 | Sams |
| 4,632,446 A | 12/1986 | Douglass |
| 4,643,314 A | 2/1987 | Kidd |
| 4,685,695 A | 8/1987 | LeVee |
| 4,705,317 A | 11/1987 | Henri |
| 4,733,898 A | 3/1988 | Williams |
| 4,761,917 A | 8/1988 | Knecht et al. |
| 4,762,449 A | 8/1988 | St. Pierre et al. |
| 4,770,458 A | 9/1988 | Burke et al. |
| 4,773,242 A | 9/1988 | Smith |
| 4,776,481 A | 10/1988 | Kidd |
| 4,789,195 A | 12/1988 | Fletcher |
| 4,805,347 A | 2/1989 | Smith |
| 4,823,923 A | 4/1989 | Moyer |
| 4,830,242 A | 5/1989 | Painter |
| 4,861,096 A | 8/1989 | Hastings |
| 4,900,083 A | 2/1990 | Kumasaka et al. |

| | | | |
|---|---|---|---|
| 4,911,487 A | 3/1990 | Rachocki | |
| 4,917,279 A | 4/1990 | Brow et al. | |
| 4,917,430 A | 4/1990 | Lawrence | |
| 4,936,624 A | 6/1990 | West | |
| 4,971,092 A | 11/1990 | Parry et al. | |
| 4,981,320 A | 1/1991 | Bowman | |
| 4,998,758 A | 3/1991 | Kowalczyk et al. | |
| 5,048,888 A | 9/1991 | Willy et al. | |
| 5,088,636 A | 2/1992 | Barajas | |
| 5,090,105 A | 2/1992 | DeRees | |
| 5,090,770 A | 2/1992 | Heinrichs et al. | |
| 5,098,148 A | 3/1992 | Hoban | |
| 5,123,691 A | 6/1992 | Ginn | |
| 5,125,710 A | 6/1992 | Gianelo | |
| 5,172,519 A | 12/1992 | Cooper | |
| 5,190,337 A | 3/1993 | McDaniel | |
| 5,197,775 A | 3/1993 | Reeber | |
| 5,207,469 A | 5/1993 | Rossi | |
| 5,233,849 A | 8/1993 | Forbers | |
| 5,251,729 A | 10/1993 | Nehl et al. | |
| 5,253,917 A | 10/1993 | Brueggemann | |
| 5,267,773 A | 12/1993 | Kalis, Jr. et al. | |
| 5,267,776 A | 12/1993 | Fromson | |
| 5,288,124 A | 2/1994 | Ward | |
| 5,303,969 A | 4/1994 | Simnacher | |
| 5,316,358 A | 5/1994 | Payne et al. | |
| 5,324,089 A | 6/1994 | Schlachter | |
| 5,339,488 A | 8/1994 | Maass | |
| 5,361,542 A | 11/1994 | Dettloff | |
| 5,383,703 A | 1/1995 | Irvine, III | |
| 5,385,378 A | 1/1995 | Hakamada et al. | |
| 5,390,974 A | 2/1995 | Theodorakakos | |
| 5,421,645 A | 6/1995 | Young | |
| 5,439,152 A | 8/1995 | Campbell | |
| 5,449,213 A | 9/1995 | Kiley et al. | |
| 5,458,353 A | 10/1995 | Hanemaayer | |
| 5,476,301 A | 12/1995 | Berkich | |
| 5,489,104 A | 2/1996 | Wolff | |
| 5,498,048 A | 3/1996 | Shelby, Jr. | |
| 5,498,049 A | 3/1996 | Schlachter | |
| 5,518,158 A | 5/1996 | Matlack | |
| 5,535,931 A | 7/1996 | Barlow et al. | |
| 5,567,000 A | 10/1996 | Clare | 296/37.6 |
| 5,573,685 A | 11/1996 | Boncaldo | 219/201 |
| 5,575,525 A | 11/1996 | Walworth, Jr. et al. | 296/183 |
| 5,615,922 A | 4/1997 | Blanchard | 296/37.6 |
| 5,628,540 A | 5/1997 | James | 296/3 |
| 5,636,890 A | 6/1997 | Cooper | 296/37.1 |
| 5,660,427 A | 8/1997 | Freeman et al. | |
| 5,667,268 A | 9/1997 | Bump | |
| 5,709,309 A | 1/1998 | Gallagher et al. | 220/229 |
| 5,810,426 A | 9/1998 | Bovellan | 296/189 |
| 5,816,630 A | 10/1998 | Bennett et al. | 292/341.17 |
| 5,826,931 A | 10/1998 | Perlman et al. | 296/37.6 |
| 5,833,295 A | 11/1998 | Farlow, Jr. | 296/24.1 |
| 5,845,952 A | 12/1998 | Albertini et al. | 296/37.6 |
| 5,845,954 A | 12/1998 | DePue | 296/37.12 |
| 5,904,389 A | 5/1999 | Vaishnav et al. | 296/37.1 |
| 5,921,604 A | 7/1999 | Yu et al. | 296/56 |
| 5,944,376 A | 8/1999 | Buchanan, Jr. | 296/146.4 |
| 5,979,973 A | 11/1999 | Clare et al. | 296/189 |
| 6,003,923 A | 12/1999 | Scott et al. | 296/37.6 |
| 6,102,476 A | 8/2000 | Daley | 296/836 |

* cited by examiner

**U.S. Patent**    Dec. 31, 2002    Sheet 1 of 2    US 6,499,795 B2



FIG. 1



FIG. 2



FIG. 3



FIG. 4

US 6,499,795 B2

1

# VEHICLE WITH STORAGE/UTILITY SYSTEM

This application is a continuation-in-part of U.S. Ser. No. 09/426,981, filed Oct. 26, 1999, which is a continuation of U.S. Ser. No. 08/896,392, filed Jul. 18, 1997, now U.S. Pat. No. 5,979,973, which is a continuation-in-part of U.S. Ser. No. 08/685,678, filed Jul. 24, 1996, now abandoned, which is a continuation-in-part of U.S. Ser. No. 08/506,893, filed Jul. 26, 1995, now U.S. Pat. No. 5,567,000.

## BACKGROUND OF THE INVENTION

The present invention relates to pickup trucks, particularly to storage/utility beds for pickup trucks, and more particularly to a storage/utility conversion and method of providing same in a conventional pickup bed without altering the external appearance of the bed.

Pickup trucks have long been a means for transporting and/or storing tools, materials, etc. for various trades, such as plumbing, electrical, construction, repair, etc. While conventional tool boxes, which generally extend across the pickup bed, are a convenient tool storage approach, they take up a great deal of space and thus reduce the carrying capacity. Also, the conventional pickup beds have been removed and replaced with utility type beds of various types, such as exemplified by U.S. Pat. No. 5,267,773 issued Dec. 7, 1993 to G. Kalis, Jr. et al. In addition, the pickup truck body and/or beds have been modified to provide storage/utility space, such as exemplified by U.S. Pat. No. 4,917,430 issued Apr. 17, 1990 to M. A. Lawrence.

While these prior storage/utility arrangements have been satisfactory for their intended purpose, such are an attraction for theft as well as having an appearance of a utility bed. Thus, there has been a need for a storage/utility system for pickup truck beds which does not alter the bed's external appearance or significantly reduce the interior size of the bed, thereby reducing the tool theft problem while providing space for hidden storage without significant reduction of the bed's carrying capacity.

This need has been filled by the present invention which involves the conversion of a conventional pickup truck bed into a storage/utility bed without altering the external appearance of the bed and without significant reduction in the carrying capacity thereof. This is accomplished by providing storage adjacent the wheel well area, and along the length of the bed, and providing the fender/side panel of the bed with a hinge and latch arrangement whereby the fender/side panel can be raised to expose the storage area, or closed and latched to conceal the storage area. Thus, the pickup can be used for pleasure or work without the appearance of its storage/utility capability, and can be parked in areas where theft would likely occur from conventional tool boxes or utility.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide a storage/utility system for conventional pickup truck beds.

A further object of the invention is to provide a method for converting a standard pickup truck bed into a storage/utility bed.

A further object of the invention is to provide a pickup truck bed with storage/utility capability without a significant reduction in the carrying capacity thereof.

Another object of the invention is to provide a pickup bed with storage/utility capability without altering the external appearance of the bed.

2

Another object of the invention is to provide a pickup bed with a hidden storage/utility system wherein the fender/side panel of the bed is hinged to allow access to the storage/utility area.

Another object of the invention is to reduce theft potential from a storage/utility bed of pickup trucks, etc. by providing hidden storage utility areas in the bed without altering the external appearance of the bed.

Other objects and advantages of the invention will become apparent from the following description and accompanying drawings. The invention involves a storage/utility system for pickup truck beds that can be installed in any fleet side bed without altering the bed's appearance. The storage/utility system is installed in the wheel well area of the bed, and uses hinges to open and close the fender/side panel of the bed. The fender/side panel is provided with a latching and lock mechanism. Since the storage/utility system only involves the area of bed adjacent the wheel wells, it does not significantly reduce the carrying capacity of the bed. By providing a hidden storage/utility system for a pickup truck bed, the potential of theft therefrom is substantially reduced since the unaltered appearance of the bed's external surfaces would not lead one to a realization that it contained tools, etc.

Certain embodiments of the present disclosure may therefore be described as storage/utility systems for a bed adapted to be mounted on wheels and having side panels, including a storage box mounted on at least one side of the bed; at least a portion of a side panel on at least one side of the bed being hinged at an upper portion thereof, whereby the hinged portion can be raised to expose an interior of the storage box and lowered to cover the interior of the storage box; and a lock mechanism mounted to releasably secure the side panel. In the described embodiment, the bed preferably includes a pair of wheel wells, and the storage box covers a wheel well and extends forward and/or rearward from the wheel well.

A preferred storage/utility system has a storage box with a height less than a height of the bed, and in certain embodiments, a lock and latch mechanism is mounted to the storage box and may include a plurality of latch members adapted to cooperate with latch members secured to the side panel. It is also an aspect of the present disclosure that a storage box may be provided with at least one shelf therein. In certain embodiments, a portion of a side panel extends substantially an entire length of the bed, and the storage system is formed by a pair of vertical cuts in the overall side panel of the bed adjacent ends of the overall side panel, and is constructed such that when the side panel is lowered the storage box is hidden and the appearance of the bed is not altered.

In certain embodiments of the disclosure, each side of a bed may be provided with a storage box, a lock and latch mechanism, and a hinged side panel. It is also a preferred embodiment that when each side of a bed includes a storage box, that the storage boxes in the bed are positioned in excess of four (4) feet from each other. Various embodiments of the disclosure would also include the described storage/utility systems in which the beds are mounted over the wheels of a pickup, trailer or truck.

In certain embodiments an invention disclosed herein may be described as a method for converting a conventional bed of a vehicle or trailer having wheel wells and side panels into a storage/utility bed without altering the external appearance of the bed. The method would include removing a section of the side panel on at least one side of the bed; hinging the

US 6,499,795 B2

3

removed side panel section at an upper end thereof to the bed, whereby the side panel section can be raised and lowered; forming storage means along at least one side of the bed so as to cover the wheel wells, whereby raising of the side panel section exposes the interior of the storage means; and providing latching means for side panel section.

In the practice of the described method, removing a section of the side panel may be carried out by making a pair of vertical cuts through the side panel and removing any connection to the bed of the side panel along the lower end thereof. The removed side panel may be hinged, and in certain embodiments a full length hinge is used. The method may further include providing a latch by positioning a plurality of latch mechanisms along the bed and along the side panel section, and providing the storage means with a latch release mechanism and a lock may also be provided. In certain embodiments the latching mechanism is formed to include a release mechanism, preferably by positioning the release mechanism at the rear of the storage means, and connecting the plurality of latch mechanisms to the release mechanism.

In certain embodiments the described method include providing a storage means, a hinged side panel section, and a latching means on each side of the bed; and positioning the storage means in the bed such that there is a space of about four feet between the storage means, and forming the storage means such that the height thereof is less than the height of the bed. Such methods may further include hinging the side panel section such that the hinge is hidden from a side view of the bed, preparing and painting the storage means and exposed surfaces of the side panel section and adjacent bed surfaces to correspond to the paint of the bed, and/or providing the storage means with internal shelving.

Certain embodiments of the invention may also be described as a method for fabricating a storage/utility bed without altering the external appearance thereof, including forming a bed to include a storage box on each side of the bed extending along substantially the length of the bed; forming hinged side panels on the bed such that same can be opened and closed, to expose or cover the storage boxes, and providing latching and lock means for the side panels.

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are incorporated into and form a part of the disclosure, illustrate an embodiment of the invention and, together with the description, serve to explain the principles of the invention.

FIG. 1 is a view of a side of a pickup truck bed which has been modified to incorporate the storage/utility system under the closed fender/side panel of the bed in accordance with the present invention.

FIG. 2 is an end view of the pickup truck bed of FIG. 1 showing the left fender/side panel open, the right fender/side panel closed, the tail gate open, and the storage boxes and lock mechanism within the bed.

FIG. 3 is a view of an embodiment of the storage/utility system of the FIG. 1 pickup truck bed with the fender/side panel raised to illustrate the storage bin shelves and latch mechanism.

FIG. 4 is a top view of the FIG. 1 pickup truck bed illustrating the storage boxes and fender/side panels, with the tail gate closed.

DETAILED DESCRIPTION OF THE INVENTION

The present invention involves a storage/utility system for a pickup truck bed and a method for conversion of a

4

conventional pickup truck bed to a storage/utility bed without altering the external appearance of the bed, and without a significant reduction in the carrying capacity of the bed. The present invention reduces the theft potential from storage/utility beds by eliminating the appearance of such beds. The invention utilizes lost space adjacent the wheel wells of the bed while maintaining the space between the wheel wells. As known, the space between the wheel wells of a conventional pickup truck bed is slightly over four (4) feet and the conventional pickup truck beds have a length of eight (8) feet plus, wherein sheets of 8 ft. by 4 ft. material, such as plywood, etc. can be carried between the wheel wells. However, the space in front and back of the wheel well is generally considered lost space for large items until material has been stacked above the height of the wheel wells. Thus, by utilizing the area in front, back, and above the wheel wells as storage/utility space, the overall storage/carrying capacity of the bed is increased between the outer fender and inner fender of a stock pickup by removing the inner fender. Here, the term storage/utility space is defined as that space in which tools, such as vices, saws, etc. can be stored or mounted for use, and in which shelves can be secured for retaining parts, etc.

By the present invention, a conventional pickup truck bed is converted to a storage/utility bed, whereas the conventional installation of storage/utility beds involve the replacement of the conventional bed, thus the cost of conversion compared to the cost of the conventional bed replacement is substantially less. Basically, the conversion involves cutting each fender/side panel (hereinafter called side panel) vertically in two places and along the upper length thereof, on an inner surface of the side panel, as described in detail hereinafter, disconnecting the lower length of the side panels from the bed frame, hinging the side panel along the upper length, providing braces on the side panels, installing a latching mechanism along the lower length of the side panels, providing a key lock for the latching mechanism, installing a storage structure or box over the wheel wells along each side of the bed, securing shelving to the storage box, and painting the cut areas and the storage box to correspond to the color of the bed. Upon completion of the conversion, from a side view, the only difference between the converted bed and a nonconverted bed are two vertical lines or small spaces, one just back of the front of the bed and one just forward of the taillight section of the bed, where the side panel is cut, as illustrated in FIG. 1. The hinge for each side panel is located on an inner area of the side panel so as not to be exposed to one viewing the bed from an external side position. Thus, one would not readily recognize the modification to the bed, and therefore those with intent to steal tools, etc. would not recognize the hidden storage arrangement.

Referring now to the drawings, FIGS. 1 and 2 illustrate a conventionally appearing pickup truck generally indicated at 10 having a cab 11, bed 12, frame or undercarriage 13, and wheels 14. The bed 12 is mounted on frame or undercarriage 13 and includes side panels 15, connected to the cab, a taillight arrangement 16, a hinged tailgate 17 with stop mechanisms 18, and wheel wells 19. However, the bed 12 of FIGS. 1 and 2 has been modified in accordance with the present invention, with the only indication of such modification being the cuts, small spaces, or lines 20 and 21 in the side panels 15, as shown in FIG. 1, with the side panel being closed. Note that in this embodiment the side panels 15 terminate adjacent the frame or undercarriage 13.

As seen in FIGS. 2, 3, and 4, the storage/utility area is provided by storage or structure boxes 22 and 23 mounted

US 6,499,795 B2

5

within the bed 12, substantially centered relative to the width of one of the rear wheels and over the wheel wells 19, the boxes 22 and 23 being constructed to cover the wheel wells 19, but not extend to the top or upper surface 24 of bed 12, and terminate in spaced relation to tailgate 17. The largest horizontal width between side panels 15 of boxes 22 and 23 is not substantially greater than the width of the cab. A latch mechanism 25 is mounted in the rear of each of boxes 22 and 23, as seen in FIG. 2, and is provided with a key lock 26. The latch mechanism 25 includes latch members 27 located in spaced relation along the bed 12, and which cooperate with corresponding latch members 28 in side panel 15, as show in FIG. 3. While not shown, the latch members 27 are interconnected by a rod or cable which is connected to mechanism 25 which includes a release for members 27.

As seen in FIG. 2, the side panels can be contoured such that the distance between the top of one of the side panels and the midline of the bed is less than the distance between the approximate center of the side panels and the midline of the bed. As seen in FIG. 3, the side panels 15 are each provided with braces 29 and a hinge 30 that extends the full length thereof. Shelves 31 and 32 are secured to the interior of storage or structure boxes 22 and 23, and the area forward of the wheel well 19 forms a storage bin 33. The hinges 30 are located on the interior of the bed 12 and thus not visible from the exterior.

It has thus been shown that the present invention provides a hidden storage/utility arrangement that can be initially built into a pickup truck bed, or a conventional bed can be converted to include the storage/utility arrangement without altering the external appearance of the bed and without a significant reduction in the carrying capacity of the bed. While the invention has been described with respect to a pickup bed, it can be readily incorporated into trailer or full-sized truck beds having side panels without detracting from the appearance of the side panels, except for the two vertical cuts therein.

While a specific embodiment of the storage/utility system of the present invention has been described and illustrated, such is not intended to limit the invention to this embodiment. For certain applications only one storage box my be desired. Beds for pickups, trailers, and trucks are designed with differently constructed side panels and frame/ undercarriage arrangements. For example, the bed 12 of FIG. 1 may extend downward to cover the frame or undercarriage 13, as shown, and thus the side panels 15 would include the extended area, or a cut, such as indicated at 34 in FIG. 2, can be made along a desired lower portion of the side panels to eliminate the need for raising the entire side panel when the extended area is part thereof.

Modifications and changes may become apparent to those skilled in the art, and it is intended that the scope of the invention be limited only by the scope of the appended claims.

What is claimed is:

1. A pickup truck having: a cab; a bed with two side panels connected to the cab; at least two rear wheels configured to support the bed; and two wheel wells connected to the bed above the rear wheels, the improvement comprising:

a storage box mounted within the bed and adjacent to one of the wheel wells; and

at least a portion of one of the side panels is hinged to provide access to at least a portion of the storage box wherein the largest horizontal width between side panels is approximately the width of the cab.

2. The improvement of claim 1, wherein at least a portion of the storage box is located above the wheel well.

6

3. The improvement of claim 1, wherein at least a portion of the storage box is located in front of the wheel well.

4. The improvement of claim 1, wherein at least a portion of the storage box is located behind the wheel well.

5. The improvement of claim 1, wherein at least a portion of the storage box is located above the wheel well, at least a portion is located in front of the wheel well, and at least a portion is located behind the wheel well.

6. The improvement of claim 1, wherein the storage box is substantially centered relative to the width of one of the rear wheels.

7. The improvement of claim 1, wherein the hinged portion is constructed such that the pickup truck has an external appearance of a conventional pickup truck free of storage box.

8. A pickup truck having: a cab; a bed with two contoured side panels connected to the cab; at least two rear wheels configured to support the bed above the rear wheels, the improvement comprising:

at least one storage box adjacent a side panel and substantially aligned in a lateral direction with the center of the wheel well; and

a hinged panel providing access to the storage box.

9. The improvement of claim 8, wherein at least a portion of the storage box is located above the wheel well.

10. The improvement of claim 8, wherein at least a portion of the storage box is located in front of the wheel well.

11. The improvement of claim 8, wherein at least a portion of the storage box is located behind the wheel well.

12. The improvement of claim 8, wherein at least a portion of the storage box is located above the wheel well, at least a portion is located in front of the wheel well, and at least a portion is located behind the wheel well.

13. The improvement of claim 8, wherein the hinged portion is constructed such that the pickup truck has an external appearance of a conventional pickup truck free of storage box.

14. A pickup truck having: a cab with two or more doors, each having an external surface; a bed with two contoured side panels connected to the cab; at least two rear wheels configured to support the bed, and two wheel wells connected to the bed above the rear wheels, the improvement comprising:

at least one storage box adjacent a side panel, wherein the storage box does not substantially extend laterally beyond the exterior surfaces of the doors; and

at least one hinged panel providing access to the storage box.

15. The improvement of claim 14, wherein the exterior surface of the side panel is substantially aligned with an exterior surface of the cab.

16. The improvement of claim 14, wherein at least a portion of the storage box is located above the wheel well.

17. The improvement of claim 14, wherein at least a portion of the storage box is located in front of the wheel well.

18. The improvement of claim 14, wherein at least a portion of the storage box is located behind the wheel well.

19. The improvement of claim 14, wherein at least a portion of the storage box is located above the wheel well, at least a portion is located in front of the wheel well, and at least a portion is located behind the wheel well.

20. The improvement of claim 14, wherein the storage box is substantially centered relative to the width of one of the rear wheels.

US 6,499,795 B2

7

**21**. The improvement of claim **14**, wherein the hinged portion is constructed such that the pickup truck has an external appearance of a conventional pickup truck free of storage box.

**22**. A pickup truck having: a cab; a bed connected to the cab; two side panels connected to the bed, each side panel having a top, a bottom, and an approximate center; and two wheel wells adjacent to the side panels and connected to the bed wherein the side panels are disposed approximately equidistant from a midline of the bed, the improvement comprising:

    a storage box, wherein the storage box is connected to the bed and adjacent to one of the side panels;

    at least a portion of the adjacent side panel is hinged to provide access to the storage box; and,

    wherein the side panels are contoured such that the distance between the top of one of the side panels and the midline of the bed is less than the distance between the approximate center of the side panels and the midline of the bed.

**23**. The improvement of claim **22**, wherein at least a portion of the storage box is located above the wheel well.

**24**. The improvement of claim **22**, wherein at least a portion of the storage box is located in front of the wheel well.

**25**. The improvement of claim **22**, wherein at least a portion of the storage box is located behind the wheel well.

**26**. The improvement of claim **22**, wherein at least a portion of the storage box is located above the wheel well, at least a portion is located in front of the wheel well, and at least a portion is located behind the wheel well.

**27**. The improvement of claim **22**, wherein the storage box is substantially centered relative to the width of one of the rear wheels.

**28**. The improvement of claim **22**, wherein the hinged portion is constructed such that the pickup truck has an external appearance of a conventional pickup truck free of storage box.

**29**. A vehicle with a bed comprising:

    at least two rear wheels configured to support the bed;

    a pair of contoured side panels over the rear wheels and connected to the bed; and

    a storage box mounted within the bed and adjacent to at least one of the side panels;

    wherein at least a portion of at least one of the side panels is hinged to provide access to at least a portion of the storage box.

**30**. The vehicle of claim **29**, wherein the vehicle is a pickup truck.

**31**. The vehicle of claim **29**, wherein the vehicle further comprises a passenger area comprising seats.

**32**. The vehicle of claim **29**, wherein the storage box is substantially centered relative to the width of one of the rear wheels.

**33**. A vehicle comprising:

    a passenger cabin;

    a cargo area defined by a pair of side panels and located behind the cabin;

    at least two rear wheels configured to support the cargo area; and

    a storage box mounted within the cargo area and adjacent to the side panels wherein the horizontal width of the cargo area is not substantially greater than the width of the passenger cabin.

**34**. The vehicle of claim **33**, wherein the vehicle is a pickup truck and the cabin is a cab.

8

**35**. The vehicle of claim **33**, wherein the cabin comprises a driver's seat and a front passenger seat.

**36**. The vehicle of claim **33**, wherein the storage box is substantially centered relative to the width of one of the rear wheels.

**37**. The vehicle of claim **33**, wherein the side panels are contoured.

**38**. The improvement of claim **1** wherein the side panels are contoured.

**39**. A pickup truck having: a cab; a bed with two side panels connected to the cab and mounted on a frame; at least two rear wheels configured to support the bed; and two wheel wells connected to the bed above the rear wheels, the improvement comprising:

    a storage compartment mounted within the bed and adjacent to one of the wheel wells; and

    at least a portion of one of the side panels is hinged to provide access to at least a portion of the storage compartment wherein the side panels terminate adjacent the frame.

**40**. The truck of claim **39**, wherein the storage compartment is substantially centered relative to the width of one of the rear wheels.

**41**. The truck of claim **40** wherein the side panels are substantially aligned with the cab.

**42**. The truck of claim **39** wherein an outer side of the storage compartment is contoured.

**43**. The truck of claim **42** wherein the contoured outer side of the storage compartment is substantially aligned with the cab.

**44**. The truck of claim **39** which further comprises a second storage compartment mounted within the bed and adjacent to a second wheel well.

**45**. The truck of claim **44** wherein the first and second storage compartments are formed by contoured side panels connected to the cab wherein at least a portion of said side panels are hinged to provide access to at least a portion of said storage compartments.

**46**. The truck of claim **45** wherein the hinged portion is constructed such that the truck has an external appearance of a conventional pickup truck.

**47**. The truck of claim **45** wherein the storage compartments are positioned in excess of about four feet from each other.

**48**. The truck of claim **39** wherein the bed has a length of at least about eight feet.

**49**. A pickup truck comprising:

    a cab;

    a bed located behind the cab wherein said bed has two contoured side panels connected to the cab and defining a cargo area wherein said cargo area has a horizontal width which is not substantially greater than the width of the cab;

    at least two rear wheels configured to support the bed;

    two wheel wells connected to the bed above the rear wheels; and

    a storage box comprising multiple compartments wherein said storage box is mounted within the bed and adjacent to one of the wheel wells, wherein a substantial portion of the two side panels is hinged to provide access to the compartments of the storage box, and wherein the storage box is substantially centered relative to the width of one of the rear wheels.

**50**. The truck of claim **49** wherein the hinges are hidden from a side view of the bed.

\* \* \* \* \*

US007104583B2

(12) **United States Patent**
    Clare

(10) Patent No.: **US 7,104,583 B2**
(45) Date of Patent: **Sep. 12, 2006**

(54) **VEHICLE WITH STORAGE/UTILITY SYSTEM**

(76) Inventor: **Scott Clare**, 547 El Pintado Rd., Danville, CA (US) 94526

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/330,686**

(22) Filed: **Dec. 27, 2002**

(65) **Prior Publication Data**

US 2003/0146638 A1      Aug. 7, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 09/803,420, filed on Mar. 9, 2001, now Pat. No. 6,499,795, which is a continuation-in-part of application No. 09/426,981, filed on Oct. 26, 1999, now abandoned, which is a continuation of application No. 08/896,392, filed on Jul. 18, 1997, now Pat. No. 5,979,973, which is a continuation-in-part of application No. 08/685,678, filed on Jul. 24, 1996, now abandoned, which is a continuation-in-part of application No. 08/506,893, filed on Jul. 26, 1995, now Pat. No. 5,567,000.

(51) **Int. Cl.**
    **B60R 9/06**      (2006.01)
(52) **U.S. Cl.** ..................................... **296/37.6**; 224/404
(58) **Field of Classification Search** ............... 296/37.6, 296/183, 183.1; 224/404
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 322,965 A | 7/1885 | Powell | |
| 527,339 A | 10/1894 | Lins | |
| 912,430 A | 2/1909 | Smither | |
| 1,295,372 A | 2/1919 | Riddle et al. | |
| 1,490,657 A | 4/1924 | Botella | |
| 1,857,061 A | 5/1932 | McGloughlin | 296/37.2 |
| 1,990,757 A | 2/1935 | Stiles | 296/28 |
| 2,327,410 A | 8/1943 | Ferguson | 211/13 |
| 2,380,557 A | 7/1945 | Terry | 296/24 |
| D143,990 S | 2/1946 | Powers | |
| 2,426,772 A | 9/1947 | Holan, Jr. et al. | 296/24 |
| 2,455,417 A | * 12/1948 | Holan et al. | 296/37.6 |
| 2,530,578 A | 11/1950 | Hotop | 296/24 |
| 2,616,754 A | * 11/1952 | Stahl | 296/37.6 |
| 2,622,400 A | 12/1952 | Greer | 60/97 |
| 2,662,793 A | 12/1953 | Lindsay | 296/28 |
| 2,722,352 A | 11/1955 | Dehnel | 224/42.42 |
| 2,772,913 A | 12/1956 | Holan et al. | 296/28 |
| 2,812,097 A | 11/1957 | Legge | 220/18 |
| 2,893,727 A | 7/1959 | Barnard | |
| 2,901,285 A | 8/1959 | Walker | 296/37 |
| 2,941,837 A | 6/1960 | McCready | 296/37 |
| 2,978,153 A | 4/1961 | Brindle | 224/42.42 |
| 2,992,038 A | 7/1961 | Manganello | 296/36 |
| 3,004,790 A | 10/1961 | Mayer | 296/26 |
| 3,019,047 A | 1/1962 | Ahrens | 296/28 |

(Continued)

FOREIGN PATENT DOCUMENTS

CA          551973      1/1958

(Continued)

OTHER PUBLICATIONS

Douglas, "A low silhouette," 1-3.

(Continued)

*Primary Examiner*—Dennis H. Pedder
(74) *Attorney, Agent, or Firm*—Vinson & Elkins L.L.P.

(57) **ABSTRACT**

A truck with one or more storage compartments in the bed adjacent the side panels and in which a hinged panel in the side panel or fender allows access to a storage compartment. The side panels maintain the appearance of a conventional pickup truck without storage compartments.

**62 Claims, 3 Drawing Sheets**



## US 7,104,583 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | | | | |
|---|---|---|---|---|---|---|
| 3,022,108 | A | 2/1962 | Cooley | 296/57 | | |
| 3,034,823 | A | 5/1962 | Himka et al. | 296/28 | | |
| 3,068,038 | A | 12/1962 | Douglass, Jr. | 296/24 | | |
| 3,082,033 | A | 3/1963 | Bosher | 296/26 | | |
| 3,085,826 | A | 4/1963 | Carreau | 296/37 | | |
| 3,245,713 | A | 4/1966 | Ogilvie | 296/24 | | |
| 3,326,595 | A | 6/1967 | Ogilvie | 296/37 | | |
| 3,449,864 | A | 6/1969 | Prost-Dame et al. | 49/477 | | |
| 3,492,042 | A | 1/1970 | Nachtigall, Jr. | 296/24 | | |
| 3,541,668 | A | 11/1970 | Wessells, III et al. | 29/469 | | |
| 3,596,976 | A | 8/1971 | Eitel et al. | 296/24 | | |
| 3,668,907 | A | 6/1972 | Pastva, Jr. | 70/153 | | |
| 3,727,971 | A | * | 4/1973 | Sisler | 296/37.6 | |
| 3,768,858 | A | 10/1973 | Boismier | 296/137 | | |
| 3,799,605 | A | 3/1974 | Silva | 296/23 | | |
| 3,806,184 | A | 4/1974 | Dean | 296/35 | | |
| 3,826,529 | A | 7/1974 | Wood | 296/37 | | |
| 3,869,873 | A | 3/1975 | Thomas | 62/275 | | |
| 3,891,262 | A | 6/1975 | Brunel | 296/3 | | |
| 4,103,956 | A | 8/1978 | Faulstich | 296/10 | | |
| 4,121,382 | A | 10/1978 | Dietrich et al. | 49/334 | | |
| 4,126,349 | A | 11/1978 | Nelson et al. | 296/24 | | |
| 4,135,761 | A | * | 1/1979 | Ward | 296/37.6 | |
| 4,138,046 | A | 2/1979 | De Freze | 224/42.42 | | |
| 4,139,232 | A | 2/1979 | Cerf et al. | 296/63 | | |
| 4,151,925 | A | 5/1979 | Glassmeyer | 220/1.5 | | |
| 4,194,782 | A | 3/1980 | Itoh | 296/65 | | |
| 4,216,990 | A | 8/1980 | Musgrove et al. | 296/213 | | |
| D257,968 | S | 1/1981 | Rice | D12/156 | | |
| 4,328,988 | A | * | 5/1982 | Patterson et al. | 296/10 | |
| 4,353,111 | A | 10/1982 | Gallitzendorfer et al. | 362/80 | | |
| 4,355,837 | A | 10/1982 | Shimizu et al. | 296/37.12 | | |
| 4,372,429 | A | 2/1983 | Marx | 188/322.12 | | |
| 4,394,100 | A | 7/1983 | Sperlich | 410/2 | | |
| 4,408,751 | A | 10/1983 | Dodson et al. | 267/120 | | |
| 4,422,685 | A | 12/1983 | Bonfilio et al. | 296/197 | | |
| 4,438,964 | A | 3/1984 | Peters | 292/216 | | |
| 4,469,364 | A | 9/1984 | Rafi-Zadeh | 296/37.6 | | |
| 4,570,986 | A | 2/1986 | Sams | 293/117 | | |
| 4,632,446 | A | 12/1986 | Douglass | 296/37.6 | | |
| 4,643,314 | A | 2/1987 | Kidd | 206/600 | | |
| 4,685,695 | A | 8/1987 | LeVee | 280/423 | | |
| 4,705,317 | A | 11/1987 | Henri | 296/37.6 | | |
| 4,733,898 | A | 3/1988 | Williams | 296/24 | | |
| 4,761,917 | A | 8/1988 | Knecht et al. | 49/477 | | |
| 4,762,449 | A | 8/1988 | St. Pierre et al. | 410/107 | | |
| 4,770,458 | A | 9/1988 | Burke et al. | 296/3 | | |
| 4,773,242 | A | 9/1988 | Smith | 70/455 | | |
| 4,776,481 | A | 10/1988 | Kidd | 220/22 | | |
| 4,789,195 | A | 12/1988 | Fletcher | 296/37.6 | | |
| 4,805,347 | A | 2/1989 | Smith | 49/477 | | |
| 4,823,923 | A | 4/1989 | Moyer | 188/376 | | |
| 4,830,242 | A | 5/1989 | Painter | 224/42.32 | | |
| 4,861,096 | A | * | 8/1989 | Hastings | 296/183 | |
| 4,900,083 | A | 2/1990 | Kumasaka et al. | 296/197 | | |
| 4,911,487 | A | 3/1990 | Rachocki | 292/216 | | |
| 4,917,279 | A | 4/1990 | Brow et al. | 224/42.14 | | |
| 4,917,430 | A | 4/1990 | Lawrence | 296/376 | | |
| 4,936,624 | A | 6/1990 | West | 296/37.6 | | |
| 4,971,092 | A | 11/1990 | Parry et al. | 137/351 | | |
| 4,981,320 | A | 1/1991 | Bowman | 296/57.1 | | |
| 4,998,758 | A | 3/1991 | Kowalczyk et al. | 292/201 | | |
| 5,048,888 | A | 9/1991 | Willy et al. | 296/189 | | |
| 5,088,636 | A | 2/1992 | Barajas | 224/281 | | |
| 5,090,105 | A | 2/1992 | DeRees | 29/469 | | |
| 5,090,770 | A | 2/1992 | Heinrichs et al. | 297/347 | | |
| 5,098,148 | A | 3/1992 | Hoban | 296/66 | | |
| 5,123,691 | A | 6/1992 | Ginn | 296/37.1 | | |
| 5,125,710 | A | 6/1992 | Gianelo | 296/37.1 | | |
| 5,152,030 | A | 10/1992 | Cogo | 16/86 | | |
| 5,172,519 | A | 12/1992 | Cooper | 49/400 | | |
| 5,188,414 | A | 2/1993 | Burnham et al. | 296/37.6 | | |
| 5,190,337 | A | 3/1993 | McDaniel | 296/3 | | |
| 5,197,775 | A | 3/1993 | Reeber | 296/37.12 | | |
| 5,207,469 | A | 5/1993 | Rossi | 296/37.6 | | |
| 5,233,849 | A | 8/1993 | Forbers | 70/256 | | |
| 5,251,729 | A | 10/1993 | Nehl et al. | 188/299 | | |
| 5,253,917 | A | 10/1993 | Brueggemann | 296/218 | | |
| 5,267,773 | A | 12/1993 | Kalis, Jr. et al. | 296/183 | | |
| 5,267,776 | A | 12/1993 | Fromson | 297/232 | | |
| 5,288,124 | A | 2/1994 | Ward | 296/183 | | |
| 5,303,969 | A | 4/1994 | Simnacher | 296/37.6 | | |
| 5,316,358 | A | 5/1994 | Payne et al. | 296/37.6 | | |
| 5,324,089 | A | 6/1994 | Schlachter | 296/37.5 | | |
| 5,339,488 | A | 8/1994 | Maass | 15/250.01 | | |
| 5,361,542 | A | 11/1994 | Dettloff | 49/477.1 | | |
| 5,383,703 | A | 1/1995 | Irvine, III | 296/181 | | |
| 5,385,378 | A | 1/1995 | Hakamada et al. | 296/37.12 | | |
| 5,390,974 | A | 2/1995 | Theodorakakos | 296/146.9 | | |
| 5,421,645 | A | 6/1995 | Young | 312/108 | | |
| 5,439,152 | A | 8/1995 | Campbell | 224/405 | | |
| 5,449,213 | A | 9/1995 | Kiley et al. | 296/56 | | |
| 5,458,353 | A | 10/1995 | Hanemaayer | 280/164.1 | | |
| 5,476,301 | A | 12/1995 | Berkich | 296/3 | | |
| 5,489,104 | A | 2/1996 | Wolff | 277/34 | | |
| 5,498,048 | A | 3/1996 | Shelby, Jr. | 296/24.1 | | |
| 5,498,049 | A | 3/1996 | Schlachter | 296/37.6 | | |
| 5,518,158 | A | 5/1996 | Matlack | 224/402 | | |
| 5,535,931 | A | 7/1996 | Barlow et al. | 224/404 | | |
| 5,567,000 | A | 10/1996 | Clare | 296/37.6 | | |
| 5,573,685 | A | 11/1996 | Boncaldo | 219/201 | | |
| 5,575,525 | A | 11/1996 | Walworth, Jr. et al. | 296/183 | | |
| 5,615,922 | A | 4/1997 | Blanchard | 296/37.6 | | |
| 5,628,540 | A | 5/1997 | James | 296/3 | | |
| 5,636,890 | A | 6/1997 | Cooper | 296/37.1 | | |
| 5,660,427 | A | 8/1997 | Freeman et al. | 296/190 | | |
| 5,667,268 | A | 9/1997 | Bump | 296/100 | | |
| 5,709,309 | A | 1/1998 | Gallagher et al. | 220/229 | | |
| 5,743,584 | A | * | 4/1998 | Lance et al. | 296/37.6 | |
| 5,810,426 | A | 9/1998 | Bovellan | 296/189 | | |
| 5,816,630 | A | 10/1998 | Bennett et al. | 292/341.17 | | |
| 5,826,931 | A | 10/1998 | Perlman et al. | 296/37.6 | | |
| 5,833,295 | A | 11/1998 | Farlow, Jr. | 296/24.1 | | |
| 5,845,952 | A | 12/1998 | Albertini et al. | 296/37.6 | | |
| 5,845,954 | A | 12/1998 | DePue | 296/37.12 | | |
| 5,904,389 | A | 5/1999 | Vaishnav et al. | 296/37.1 | | |
| 5,921,604 | A | 7/1999 | Yu et al. | 296/56 | | |
| 5,944,376 | A | 8/1999 | Buchanan, Jr. | 296/146.4 | | |
| 5,979,973 | A | 11/1999 | Clare et al. | 296/189 | | |
| 6,003,923 | A | 12/1999 | Scott et al. | 296/37.6 | | |
| 6,102,474 | A | 8/2000 | Daley | 296/836 | | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 3636789 A1 | 5/1988 |
| DK | 13161 | 5/1910 |
| FR | 608961 | 8/1926 |
| FR | 716091 | 12/1931 |
| FR | 1181569 | 6/1959 |
| FR | 2592344 A | 7/1987 |
| GB | 207524 | 7/1924 |
| JP | 57151429 | 9/1982 |
| JP | 1119445 | 5/1989 |
| JP | 4248033 | 3/1992 |
| JP | 4221279 | 8/1992 |
| WO | WO 97/05008 | 2/1997 |

### OTHER PUBLICATIONS

Advertisement in Capitol Buick.Pontiac.GMC "Truck Talk," vol. 2, No. 1, Summer 2001.

Advertisement on p. 6 of Brochure entitled "Avalanche—Like a Rock," 2000.

U.S. Appl. No. 09/083,422.

A93

## US 7,104,583 B2

Page 3

Parker, "1969 VW Transporter is gussied up 'Inga'," The Washington Times, Apr. 26, 2002.

L'Auto Carrosscerie, Apr. 1937.

"Report of Defendant's Expert Witness Richard D. Grauer", In the United States District Court for the Eastern District of Texas Marshall Division, Jan. 13, 2004.

"Expert Report and Declaration of Larry Simnacher Regarding Non-Infringement", In the United States District Court for the Eastern District of Texas Marshall Division, received Jan. 28, 2004.

"Expert Report and Declaration of Larry Simnacher", In the United States District Court for the Eastern District of Texas Marshall Division, Jan. 28, 2004.

"Opening Expert Report of Dr. Ed Akin Regarding Infringement", In the United States District Court for the Eastern Division of Texas Marshall Division, Jan. 13, 2004.

"Supplemental Expert Report of Dr. Ed Akin", In the United States District Court for the Eastern District of Texas Marshall Division, Feb. 16, 2004.

"Rebuttal Expert Report of Dr. Ed Akin Regarding Validity", In the United States District Court for the Eastern District of Texas Marshall Division, Jan. 28, 2004.

"Expert Witness Report by John F. Witherspoon", In the United States District Court for the Eastern District of Texas Marshall Division, Feb. 19, 2004.

"Expert Report of Walter Bratic, Jan. 28, 2004", In the United States District Court for the Eastern District of Texas Marshall Division, Jan. 28, 2004.

"Expert Report of Larry W. Evans Pursuant to Rule 26(a)(2)(B), Fed. R. Civ. P.", In the United States District Court for the Eastern District of Texas Marshall Division, Jan. 13, 2004.

"Expert Report of James T. Davis", In the United States District Court for the Eastern District of Texas Marshall Division, Jan. 13, 2004.

"Supplemental Expert Report of Dr. Ed Akin Regarding Infringement by Royal", In the United States District Court for the Eastern District of Texas Marshall Division, Feb. 16, 2004.

"Expert Report of Richard J. Toner", In the United States District Court for the Eastern District of Texas Marshall Division, Jan. 13, 2004.

"Plaintiffs' Opening Brief on Claim Construction", In the United States District Court for the Eastern District of Texas Marshall Division, Oct. 9, 2003.

"Ford Motor Company's Claim Construction Brief", In the United States District Court for the Eastern District of Texas Marshall Division, Oct. 24, 2003.

"Defendant General Motors Corporation's Claim Construction Brief", In the United States District Court for the Eastern District of Texas Marshall Division, Oct. 24, 2003.

"Plaintiffs' Reply Brief on Claim Construction", In the United States District Court for the Eastern District of Texas Marshall Division, Nov. 10, 2003.

"Claim Construction Order", In the United States District Court for the Eastern District of Texas Marshall Division, Dec. 6, 2003.

"General Motors Corporation's Motion for Summary Judgment of Invalidity of U.S. Pat. No. 6,499,795", In the United States District Court for the Eastern District of Texas Marshall Division, Aug. 5, 2003.

"Plaintiffs' Response to GM's Motion for Summary Judgment of Invalidity of U.S. Pat. No. 6,499,795", In the United States District Court for the Eastern District of Texas Marshall Division, Aug. 27, 2003.

"Reply in Support of General Motors Corporation's Motion for Summary Judgment of Invalidity of U.S. Patent No. 6,499,795", In the United States District Court for the Eastern District of Texas Marshall Division, Sep. 3, 2003.

"Ford Motor Company's Motion for Summary Judgment of Non-Infringement", In the United States District Court for the Eastern District of Texas Marshall Division, Feb. 20, 2004.

"General Motors Corporation's Supplemental Brief for Its Summary Judgment Motion and In Opposition to Plaintiffs' Request for Summary Judgment", In the United States District Court for the Eastern District of Texas Marshall Division, Dec. 31, 2003.

"Plaintiff's Further Supplemental Brief In Further Opposition to GM's Motion for Summary Judgment of Invalidity of U.S. Patent No. 6,499,795", In the United States District Court for the Eastern District of Texas Marshall Division, Jan. 28, 2004.

"Order Denying General Motors Corporation's Motion for Summary Judgment", In the United States District Court for the Eastern District of Texas Marshall Division, Feb. 10, 2004.

"Record of Invention of James George Gobart" received Aug. 18, 1994.

U.S. Appl. No. 09/426,981.

U.S. Appl. No. 09/512,018.

* cited by examiner



**FIG.1**



**FIG. 2**

U.S. Patent          Sep. 12, 2006          Sheet 2 of 3          US 7,104,583 B2



FIG. 3

FIG. 4



*FIG. 5*

US 7,104,583 B2

1

# VEHICLE WITH STORAGE/UTILITY SYSTEM

## BACKGROUND OF THE INVENTION

This application is a continuation of U.S. Ser. No. 09/803,420, filed Mar. 9 2001, now U.S. Pat. No. 6,499,795, which is a continuation-in-part of U.S. Ser. No. 09/426,981, filed Oct. 26, 1999 now abandoned, which is a continuation of U.S. Ser. No. 08/896,392, filed Jul. 18, 1997, now U.S. Pat. No. 5,979,973, which is a continuation-in-part of U.S. Ser. No. 08/685,678, filed Jul. 24, 1996, now abandoned, which is a continuation-in-part of U.S. Ser. No. 08/506,893, filed Jul. 26, 1995, now U.S. Pat. No. 5,567,000.

Pickup trucks have long been a means for transporting and/or storing tools, materials, etc. for various trades, such as plumbing, electrical, construction, repair, etc. While conventional tool boxes, which generally extend across the pickup bed, are a convenient tool storage approach, such take up a great deal of space and thus reduce the carrying capacity. Also, the conventional pickup beds have been removed and replaced with utility type beds of various types, such as exemplified by U.S. Pat. No. 5,267,773 issued Dec. 7, 1993 to G. Kalis, Jr. et al. In addition, the pickup truck body and/or beds have been modified to provide storage/utility space, such as exemplified by U.S. Pat. No. 4,917,430 issued Apr. 17, 1990 to M. A. Lawrence.

While these prior storage/utility arrangements have been satisfactory for their intended purpose, such as an attraction for theft as well as having an appearance of a utility bed. Thus, there has been a need for a storage/utility system for pickup truck beds which does not alter the bed's external appearance or significantly reduce the interior size of the bed, thereby reducing the tool theft problem while providing space for hidden storage without significant reduction of the bed's carrying capacity.

This need has been filled by the present invention which involves the conversion of a conventional pickup truck bed into a storage/utility bed without altering the external appearance of the bed and without significant reduction in the carrying capacity thereof. This is accomplished by providing storage adjacent the wheel well area, and along the length of the bed, and providing the fender/side panel of the bed with a hinge and latch arrangement whereby the fender/side panel can be raised to expose the storage area, or closed and latched to conceal the storage area. Thus, the pickup can be used for pleasure or work without the appearance of its storage/utility capability, and can be parked in areas where theft would likely occur from conventional tool boxes or utility

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide a storage/utility system for conventional pickup truck beds.

A further object of the invention is to provide a method for converting a standard pickup truck bed into a storage/utility bed.

A further object of the invention is to provide a pickup truck bed with storage/utility capability without a significant reduction in the carrying capacity thereof.

Another object of the invention is to provide a pickup bed with storage/utility capability without altering the external appearance of the bed.

2

Another object of the invention is to provide a pickup bed with a hidden storage/utility system wherein the fender/side panel of the bed is hinged to allow access to the storage/utility area.

Another object of the invention is to reduce theft potential from a storage/utility bed of pickup trucks, etc. by providing hidden storage/utility areas in the bed without altering the external appearance of the bed.

Other objects and advantages of the invention will become apparent from the following description and accompanying drawings. The invention involves a storage/utility system for pickup truck beds that can be installed in any fleet side bed without altering the bed's appearance. The storage/utility system is installed in the wheel well area of the bed, and uses hinges to open and close the fender/side panel of the bed. The fender/side panel is provided with a latching and lock mechanism. Since the storage/utility system only involves the area of bed adjacent the wheel wells, it does not significantly reduce the carrying capacity of the bed. By providing a hidden storage/utility system for a pickup truck bed, the potential of theft therefrom is substantially reduced since the unaltered appearance of the bed's external surfaces would not lead one to a realization that it contained tools, etc.

Certain embodiments of the present disclosure may therefore be described as storage/utility systems for a bed adapted to be mounted on wheels and having side panels, including a storage box mounted on at least one side of the bed; at least a portion of a side panel on at least one side of the bed being hinged at an upper portion thereof, whereby the hinged portion can be raised to expose an interior of the storage box and lowered to cover the interior of the storage box; and a lock mechanism mounted to releasably secure the side panel. In the described embodiment, the bed preferably includes a pair of wheel wells, and the storage box covers a wheel well and extends forward and/or rearward from the wheel well.

A preferred storage/utility system has a storage box with a height less than a height of the bed, and in certain embodiments, a lock and latch mechanism is mounted to the storage box and may include a plurality of latch members adapted to cooperate with latch members secured to the side panel. It is also an aspect of the present disclosure that a storage box may be provided with at least one shelf therein. In certain embodiments, a portion of a side panel extends substantially an entire length of the bed, and the storage system is formed by a pair of vertical cuts in the overall side panel of the bed adjacent ends of the overall side panel, and is constructed such that when the side panel is lowered the storage box is hidden and the appearance of the bed is not altered.

In certain embodiments of the disclosure, each side of a bed may be provided with a storage box, a lock and latch mechanism, and a hinged side panel. It is also a preferred embodiment that when each side of a bed includes a storage box, that the storage boxes in the bed are positioned in excess of four (4) feet from each other. Various embodiments of the disclosure would also include the described storage/utility systems in which the beds are mounted over the wheels of a pickup, trailer or truck.

In certain embodiments an invention disclosed herein may be described as a method for converting a conventional bed of a vehicle or trailer having wheel wells and side panels into a storage/utility bed without altering the external appearance of the bed. The method would include removing a section of the side panel on at least one side of the bed; hinging the removed side panel section at an upper end thereof to the

US 7,104,583 B2

3

bed, whereby the side panel section can be raised and lowered; forming storage means along at least one side of the bed so as to cover the wheel wells, whereby raising of the side panel section exposes the interior of the storage means; and providing latching means for side panel section.

In the practice of the described method, removing a section of the side panel may be carried out by making a pair of vertical cuts through the side panel and removing any connection to the bed of the side panel along the lower end thereof. The removed side panel may be hinged, and in certain embodiments a full length hinge is used. The method may further include providing a latch by positioning a plurality of latch mechanisms along the bed and along the side panel section, and providing the storage means with a latch release mechanism and a lock may also be provided. In certain embodiments the latching mechanism is formed to include a release mechanism, preferably by positioning the release mechanism at the rear of the storage means, and connecting the plurality of latch mechanisms to the release mechanism.

In certain embodiments the described method include providing a storage means, a hinged side panel section, and a latching means on each side of the bed, and positioning the storage means in the bed such that there is a space of about four feet between the storage means, and forming the storage means such that the height thereof is less than the height of the bed. Such methods may further include hinging the side panel section such that the hinge is hidden from a side view of the bed, preparing and painting the storage means and exposed surfaces of the side panel section and adjacent bed surfaces to correspond to the paint of the bed, and/or providing the storage means with internal shelving.

Certain embodiments of the invention may also be described as a method for fabricating a storage/utility bed without altering the external appearance thereof, including forming a bed to include a storage box on each side of the bed extending along substantially the length of the bed; forming hinged side panels on the bed such that same can be opened and closed, to expose or cover the storage boxes, and providing latching and lock means for the side panels.

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are incorporated into and form a part of the disclosure, illustrate an embodiment of the invention and, together with the description, serve to explain the principles of the invention.

FIG. 1 is a view of a side of a pickup truck bed which has been modified to incorporate the storage/utility system under the closed fender/side panel of the bed in accordance with the present invention.

FIG. 2 is an end view of the pickup truck bed of FIG. 1 showing the left fender/side panel open, the right fender/side panel closed, the tail gate open, and the storage boxes and lock mechanism within the bed.

FIG. 3 is a view of an embodiment of the storage/utility system of the FIG. 1 pickup truck bed with the fender/side panel raised to illustrate the storage bin shelves and latch mechanism.

FIG. 4 is a top view of the FIG. 1 pickup truck bed illustrating the storage boxes and fender/side panels, with the tail gate closed.

FIG. 5 is a view of a pickup truck having a storage compartment in the bed adjacent the side panel.

4

DETAILED DESCRIPTION OF THE INVENTION

The present invention involves a storage/utility system for a pickup truck bed and a method for conversion of a conventional pickup truck bed to a storage/utility bed without altering the external appearance of the bed, and without a significant reduction in the carrying capacity of the bed. The present invention reduces the theft potential from storage/utility beds by eliminating the appearance of such beds. The invention utilizes lost space adjacent the wheel wells of the bed while maintaining the space between the wheel wells. As known, the space between the wheel wells of a conventional pickup truck bed is slightly over four (4) feet and the conventional pickup truck beds have a length of eight (8) feet plus, wherein sheets of 8 ft. by 4 ft. material, such as plywood, etc. can be carried between the wheel wells. However, the space in front and back of the wheel well is generally considered lost space for large items until material has been stacked above the height of the wheel wells. Thus, by utilizing the area in front, back, and above the wheel wells as storage/utility space, the overall storage/carrying capacity of the bed is increased between the outer fender and inner fender of a stock bed by removing the inner fender. Here, the term storage/utility space is defined as that space in which tools, such as vices, saws, etc. can be stored or mounted for use, and in which shelves can be secured for retaining parts, etc.

By the present invention, a conventional pickup truck bed is converted to a storage/utility bed, whereas the conventional installation of storage/utility beds involve the replacement of the conventional bed, thus the cost of conversion compared to the cost of the conventional bed replacement is substantially less. Basically, the conversion involves cutting each fender/side panel (hereinafter called side panel) vertically in two places and along the upper length thereof, on an inner surface of the side panel, as described in detail hereinafter, disconnecting the lower length of the side panels from the bed frame, hinging the side panel along the upper length, providing braces on the side panels, installing a latching mechanism along the lower length of the side panels, providing a key lock for the latching mechanism, installing a storage structure or box over the wheel wells along each side of the bed, securing shelving to the storage box, and painting the cut areas and the storage box to correspond to the color of the bed. Upon completion of the conversion, from a side view, the only difference between the converted bed and a nonconverted bed are two vertical lines or small spaces, one just back of the front of the bed and one just forward of the taillight section of the bed, where the side panel is cut, as illustrated in FIG. 1. The hinge for each side panel is located on an inner area of the side panel so as not to be exposed to one viewing the bed from an external side position. Thus, one would not readily recognize the modification to the bed, and therefore those with intent to steal tools, etc. would not recognize the hidden storage arrangement.

Referring now to the drawings, FIGS. 1 and 2 illustrate a conventionally appearing pickup truck generally indicated at 10 having a cab 11, bed 12, frame or undercarriage 13, and wheels 14. The bed 12 is mounted on frame or undercarriage 13 and includes side panels 15, a taillight arrangement 16, a hinged tailgate 17 with stop mechanisms 18, and wheel wells 19. However, the bed 12 of FIGS. 1 and 2 has been modified in accordance with the present invention, with the only indication of such modification being the cuts, small spaces, or lines 20 and 21 in the side panels 15, as shown in

US 7,104,583 B2

5

FIG. **1**, with the side panel being closed. Note that in this embodiment the side panels **15** terminate adjacent the frame or undercarriage **13**.

As seen in FIGS. **2**, **3**, and **4**, the storage/utility area is provided by storage or structure boxes **22** and **23** mounted within the bed **12** and over the wheel wells **19**, the boxes **22** and **23** being constructed to cover the wheel wells **19**, but not extend to the top or upper surface **24** of bed **12**, and terminate in spaced relation to tailgate **17**. A latch mechanism **25** is mounted in the rear of each of boxes **22** and **23**, as seen in FIG. **2**, and is provided with a key lock **26**. The latch mechanism **25** includes latch members **27** located in spaced relation along the bed **12**, and which cooperate with corresponding latch members **28** in side panel **15**, as show in FIG. **3**. While not shown, the latch members **27** are interconnected by a rod or cable which is connected to mechanism **25** which includes a release for members **27**.

As seen in FIG. **3**, the side panels **15** are each provided with braces **29** and a hinge **30** that extends the full length thereof. Shelves **31** and **32** are secured to the interior of storage or structure boxes **22** and **23**, and the area forward of the wheel well **19** forms a storage bin **33**. The hinges **30** are located on the interior of the bed **12** and thus not visible from the exterior.

It has thus been shown that the present invention provides a hidden storage/utility arrangement that can be initially built into a pickup truck bed, or a conventional bed can be converted to include the storage/utility arrangement without altering the external appearance of the bed and without a significant reduction in the carrying capacity of the bed. While the invention has been described with respect to a pickup bed, it can be readily incorporated into trailer or full-sized truck beds having side panels without detracting from the appearance of the side panels, except for the two vertical cuts therein.

While a specific embodiment of the storage/utility system of the present invention has been described and illustrated, such is not intended to limit the invention to this embodiment. For certain applications only one storage box my be desired. Beds for pickups, trailers, and trucks are designed with differently constructed side panels and frame/undercarriage arrangements. For example, the bed **12** of FIG. **1** may extend downward to cover the frame or undercarriage **13**, as shown, and thus the side panels **15** would include the extended area, or a cut, such as indicated at **34** in FIG. **2**, can be made along a desired lower portion of the side panels to eliminate the need for raising the entire side panel when the extended area is part thereof.

Modifications and changes may become apparent to those skilled in the art, and it is intended that the scope of the invention be limited only by the scope of the appended claims.

The invention claimed is:

**1**. A pickup truck comprising a forward area with contoured sides and a bed; the bed comprising:

an open cargo area;

rear wheel wells,

two opposed side panels which are contoured and generally in line with the contoured sides of the forward area of the pickup truck,

a floor;

a first and a second inner wall, which are visually integrated into the bed to define the lateral sides of the open cargo area of the bed, at least the first inner wall being spaced laterally inwardly of its associated side panel; a storage compartment built into the bed between the first

6

inner wall and its associated side panel, the storage compartment being located at least partially above the floor; and

a hinged panel providing access to the storage compartment,

the bed being constructed such that the pickup has substantially the external appearance of a pickup without the built-in storage.

**2**. The pickup truck of claim **1** further comprising a top rail between the first inner wall and the side panel.

**3**. The pickup truck of claim **2** in which the hinged panel includes at least a portion of the top rail.

**4**. The pickup truck of claim **2** wherein the hinged panel comprises a hinge located along a portion of the top rail.

**5**. The pickup truck of claim **1**, wherein the first and second inner walls are spaced apart by a distance of at least four feet.

**6**. The pickup truck of claim **1**, wherein the side panels are contoured to substantially match the contoured sides of the forward area.

**7**. The pickup truck of claim **1**, wherein the hinged panel comprises a hinge that is not exposed to an external view of the pickup.

**8**. The pickup truck of claim **5**, **6** or **7**, wherein the storage compartment is at least partially above the wheel well.

**9**. The pickup truck of claim **5**, **6** or **7**, wherein the storage compartment is at least partially behind the wheel well.

**10**. The pickup truck of claim **5**, **6** or **7**, wherein the storage compartment is at least partially above and at least partially behind the wheel well.

**11**. The pickup truck of claim **5**, **6** or **7**, wherein the storage compartment is entirely above the floor of the bed.

**12**. The pickup truck of claim **5**, **6** or **7**, wherein the wheel well has an inner edge portion, and the inner wall is approximately aligned with the inner edge portion of the wheel well.

**13**. The pickup truck of claim **5**, **6** or **7**, wherein the wheel well has an inner edge and the inner wall is positioned near an inner edge of the wheel well.

**14**. The pickup truck of claim **5**, **6** or **7**, wherein the bed comprises a forward wall and the storage compartment extends to the forward wall.

**15**. The pickup truck of claim **5**, **6** or **7**, wherein the width of the storage compartment at the top of the side panel is less than the width of the wheel well at the level of the floor.

**16**. The pickup truck of claim **5**, **6** or **7**, comprising a second storage compartment which is a mirror image of the first and is disposed between the second inner wall and its associated side panel.

**17**. The pickup truck of claim **16**, wherein the first and second inner walls are spaced apart by a distance of at least four feet.

**18**. The pickup truck of claim **5**, **6** or **7**, wherein the bed is constructed such that the pickup has substantially the appearance of a pickup without the built-in storage.

**19**. The pickup truck of claim **5**, **6** or **7**, wherein the storage compartment contains a storage bin.

**20**. The pickup truck of claim **5**, **6** or **7**, wherein the storage compartment is lockable.

**21**. The pickup truck of claim **5**, **6** or **7**, wherein the contour of the side panels proximate the cab substantially conforms to the contour of the cab up to substantially the height of the bed.

**22**. A pickup truck comprising a forward area with contoured sides and a bed; the bed comprising:

an open cargo area;

rear wheel wells,

A100

US 7,104,583 B2

7

two opposed side panels which are contoured and generally in line with the contoured sides of the forward area of the pickup truck,

a floor;

a first and a second inner wall, which are visually integrated into the bed to define the lateral sides of the open cargo area of the bed, the inner walls being spaced laterally inwardly of their associated side panels; storage compartments built into the bed between the inner walls and their associated side panels, the storage compartments located at least partially above the floor; and

hinged panels providing access to the storage compartments;

the bed being constructed such that the pickup has substantially the external appearance of a pickup without the built-in storage.

**23.** The pickup truck of claim **22**, wherein the hinged panels comprise hinges that are not exposed to an external view of the pickup truck.

**24.** The pickup truck of claim **22**, wherein the bed is constructed such that the pickup truck has substantially the appearance of a pickup truck without the built in storage.

**25.** The pickup truck of claim **22, 23**, or **24** wherein the contour of the side panels proximate the forward area substantially conforms to the contour of the forward area up to substantially the height of the bed.

**26.** The pickup truck of claim **25**, wherein the storage compartments are at least partially above the wheel wells.

**27.** The pickup truck of claim **25**, wherein the storage compartments are at least partially behind the wheel wells.

**28.** The pickup truck of claim **25**, wherein the storage compartments are at least partially above and at least partially behind the wheel wells.

**29.** The pickup truck of claim **25**, wherein the storage compartments are entirely above the floor of the bed.

**30.** The pickup truck of claim **25**, wherein the storage compartments are at least partially above the wheel wells.

**31.** The pickup truck of claim **29**, wherein the storage compartments are at least partially behind the wheel wells.

**32.** The pickup truck of claim **29**, wherein the storage compartments are at least partially above and at least partially behind the wheel wells.

**33.** The pickup truck of claim **25**, wherein the first and second inner walls are spaced apart by a distance of at least four feet.

**34.** The pickup truck of claim **25**, wherein the wheel wells have inner edge portions, and the inner walls are approximately aligned with the inner edge portions of the wheel wells.

**35.** The pickup truck of claim **25**, wherein the wheel wells have inner edges and the inner walls are each positioned near an inner edge of the wheel wells.

**36.** The pickup truck of claim **25**, further comprising top rails between the inner walls and the side panels.

**37.** The pickup truck of claim **36**, in which the hinged panels include at least a portion of the top rails.

**38.** The pickup truck of claim **36**, wherein the hinged panels comprise hinges located along a portion of the top rails.

**39.** The pickup truck of claim **25**, wherein the side panels are contoured to substantially match the contour of the contoured sides of the forward area.

**40.** The pickup truck of claim **25**, wherein the bed comprises a forward wall and the storage compartments extend to the forward wall.

8

**41.** The pickup truck of claim **25**, wherein the width of the storage compartments at the top of the side panels is less than the width of the wheel wells at the level of the floor.

**42.** The pickup truck of claim **25**, wherein the bed is constructed such that the pickup has substantially the appearance of a pickup without the built-in storage.

**43.** The pickup truck of claim **25**, wherein at least one of the storage compartments contains a storage bin.

**44.** The pickup truck of claim **25**, wherein at least one of the storage compartments is lockable.

**45.** A pickup truck comprising a forward area with contoured sides and a bed; the bed comprising:

an open cargo area;

rear wheel wells,

two opposed side panels which are contoured and generally in line with the contoured sides of the forward area of the pickup truck,

top rails;

a floor;

first and second inner walls, which are visually integrated into the bed to define the lateral sides of the open cargo area of the bed, the inner walls being spaced laterally inwardly of their associated side panels; storage compartments built into the bed between the inner walls and their associated side panels, the storage compartments being located at least partially above the floor, at least partially above the wheel wells and at least partially behind the wheel wells; and

hinged panels providing access to the storage compartments;

the bed being constructed such that the pickup has substantially the appearance of a pickup without the built-in storage.

**46.** The pickup truck of claim **45**, wherein the hinged panels comprise hinges that are not exposed to an external view of the pickup.

**47.** The pickup truck of claim **45**, wherein the storage compartments are at least partially in front of the wheel wells.

**48.** The pickup truck of claim **45** wherein the hinged panels comprise hinges located along a portion of the top rails.

**49.** The pickup truck of claim **45, 46, 47**, or **48**, wherein the storage compartments are entirely above the floor of the bed.

**50.** The pickup truck of claim **49**, wherein the first and second inner walls are spaced apart by a distance of at least four feet.

**51.** The pickup truck of claim **49**, wherein the wheel wells have inner edge portions, and the inner walls are approximately aligned with the inner edge portions of the wheel wells.

**52.** The pickup truck of claim **49**, wherein the wheel wells have inner edges and the inner walls are each positioned near an inner edge of the wheel wells.

**53.** The pickup truck of claim **49**, wherein the side panels are contoured to substantially match the contoured sides of the forward area.

**54.** The pickup truck of claim **49**, wherein the bed comprises a forward wall and the storage compartments extend to the forward wall.

**55.** The pickup truck of claim **49**, wherein the width of the storage compartments at the top of the side panels is less than the width of the wheel wells at the level of the floor.

US 7,104,583 B2

| 9 | 10 |

**56**. The pickup truck of claim **49**, wherein at least one of the storage compartments contains a storage bin.

**57**. The pickup truck of claim **49**, wherein at least one of the storage compartments is lockable.

**58**. The pickup truck of claim **49**, wherein the contour of the side panels proximate the forward area substantially conforms to the contour of the forward area up to substantially the height of the bed.

**59**. A pickup truck comprising a forward area with contoured sides and a bed; the bed comprising:

an open cargo area;

rear wheel wells,

two opposed side panels which are contoured to substantially match the contoured sides of the forward area and generally in line with the contoured sides of the forward area of the pickup truck,

top rails;

a floor;

first and second inner walls, which are visually integrated into the bed to define the lateral sides of the open cargo area of the bed, the inner walls being spaced laterally inwardly of their associated side panels; storage compartments built into the bed between the inner walls and their associated side panels, the storage compartments each containing a storage bin located at least partially above the floor, at least partially above the wheel wells and at least partially behind the wheel wells, wherein the width of the storage compartments at the top of the side panels is less than the width of wheel wells at the level of the floor; and

hinged panels providing access to the storage bins;

the bed being constructed such that the pickup has substantially the external appearance of a pickup truck without the built-in storage.

**60**. The pickup truck of claim **59** wherein the hinged panels comprise hinges located along a portion of the top rails.

**61**. A pickup truck comprising a forward area with contoured sides and a bed; the bed comprising:

an open cargo area;

rear wheel wells,

two opposed side panels which are contoured to substantially match the contoured sides of the forward area and generally in line with the contoured sides of the forward area of the pickup truck,

top rails;

a floor;

first and second inner walls, which are visually integrated into the bed to define the lateral sides of the open cargo area of the bed, the inner walls being spaced laterally inwardly of their associated side panels; storage compartments built into the bed between the inner walls and their associated side panels, the storage compartments each containing a storage bin located above the floor, at least partially above the wheel wells and at least partially behind the wheel wells, wherein the width of the storage compartments at the top of the side panels is less than the width of the wheel wells; and

hinged panels providing access to the storage bins;

the bed being constructed such that the pickup has substantially the external appearance of a pickup without the built-in storage.

**62**. The pickup truck of claim **61**, wherein the hinged panels comprise hinges located along a portion of the top rails.

* * * * *

# EXHIBIT C

| Docket No. | Document Date | Description | Appendix No. |
|---|---|---|---|
| | | | |
| | | **VOLUME I** | |
| 115 | 12/04/14 | Judgment | A1 |
| 114 | 12/04/14 | Opinion and Order Granting Defendant's Summary Judgment [88] | A2 |
| 81 | 06/04/14 | Order Adopting Special Master's Report and Overruling Objections | A22 |
| 31 | 01/12/14 | Special Master's Report and Recommendation Regarding Claim Construction | A55 |
| | | Docket Sheet from Case No. 13-11225, Eastern District of Michigan, Southern Division | A69 |
| 1-1 | 03/30/13 | U.S. Patent No. 6,499,795 | A84 |
| 1-2 | 03/20/13 | U.S. Patent No. 7,104,583 | A92 |
| | | **Pleadings** | |
| 1 | 03/20/13 | Complaint for Damages and Injunctive Relief for Patent Infringement | A103 |
| 1-3 | 03/20/13 | Civil Cover Sheet | A110 |
| 2 | 02/25/13 | Order (transferring case from Texas to Michigan) | A112 |
| 3 | 03/20/13 | Docket Sheet from Eastern District of Texas | A113 |
| 4 | 03/25/13 | Notice of Appearance – Rodger D. Young | A127 |
| 5 | 03/25/13 | Notice of Appearance – Jaye Quadrozzi | A129 |
| 6 | 03/28/13 | Notice to Appear | A131 |
| 7 | 04/08/13 | Appearance – Patrick G. Seyferth | A132 |
| 8 | 04/08/13 | Appearance – Moheeb H. Murray | A133 |
| | 05/07/13 | Minute Entry | A134 |
| 9 | 05/13/13 | Notice of Appearance – Jonathan L. Falkler | A136 |
| 10 | 05/24/13 | Affidavit | A138 |
| 11 | 05/28/13 | Appointment of Order of Reference to Special Master | A139 |
| 12 | 06/12/13 | Notice of Letter to Special Master, with exhibit | A142 |
| 13 | 06/28/13 | Plaintiff's Brief to Special Master John R. Thomas Regarding Claim Construction | A147 |
| 14 | 06/28/13 | Chrysler's Claim Construction Summary | A154 |
| 15 | 06/28/13 | Plaintiffs' Unopposed Motion for Leave to File Appendix Under Seal and to Enter Protective Order | A160 |

| Docket No. | Document Date | Description | Appendix No. |
|---|---|---|---|
| 15-1 | 06/28/13 | Exhibit a to Plaintiffs' Unopposed Motion for Leave to File Appendix Under Seal and to Enter Protective Order | A163 |
| 15-2 | 06/28/13 | [Proposed] order on Plaintiffs' Unopposed Motion for Leave to File Appendix Under Seal and to Enter Protective Order | A179 |
| 16 | 07/01/13 | Non-Confidential Joint Claim Construction Appendix | A180 |
| | | **VOLUME II (STARTS AT A518)** | |
| 17 | 07/23/13 | Order Granting Plaintiffs' Unopposed Motion for Leave to File Appendix Under Seal and to Enter Protective Order (#15) | A838 |
| 18 | 07/23/13 | Protective Order | A839 |
| 19 | 07/23/13 | Confidential Joint Claim Construction Appendix – *Under Seal* | A853 |
| 20 | 09/06/13 | Plaintiffs' Motion for Leave to Supplement Claim Construction Record and Memorandum In Support Thereof | A894 |
| 20A | 09/09/13 | Email notice of Scheduling/Status Conference | A898 |
| 21 | 09/11/13 | Scheduling Order | A899 |
| 22 | 09/12/13 | Order Denying Without Prejudice Plaintiffs' Motion for Leave to Supplement Claim Construction Record [20] | A903 |
| 23 | 09/13/13 | Notice of Compliance re (11) Appointment of Special Master as to Claim Construction | A904 |
| 23-1 | 09/13/13 | Exhibit to Notice of Compliance re (11) Appointment of Special Master as to Claim Construction | A906 |
| | | **VOLUME III** | |
| 23-2 | 09/13/13 | Exhibit to Notice of Compliance re (11) Appointment of Special Master as to Claim Construction | A1045 |
| 23-3 | 09/13/13 | Exhibit to Notice of Compliance re (11) Appointment of Special Master as to Claim Construction | A1165 |
| 23-4 | 09/13/13 | Exhibit to Notice of Compliance re (11) Appointment of Special Master as to Claim Construction | A1360 |
| | | **VOLUME IV** | |
| 23-5 | 09/13/13 | Exhibit to Notice of Compliance re (11) Appointment of Special Master as to Claim Construction | A1554 |
| 23-6 | 09/13/13 | Exhibit to Notice of Compliance re (11) Appointment of Special Master as to Claim Construction | A1599 |
| 24 | 09/26/13 | Chrysler Group's Motion for Miscellaneous Relief | A1632 |
| 24-1 | 09/26/13 | Index of Exhibits to Chrysler Group's Motion for Miscellaneous Relief | A1645 |
| 24-2 | 09/26/13 | Exhibit 1 to Chrysler Group's Motion for Miscellaneous Relief | A1646 |
| 24-3 | 09/26/13 | Exhibit 2 to Chrysler Group's Motion for Miscellaneous Relief | A1649 |

| Docket No. | Document Date | Description | Appendix No. |
|---|---|---|---|
| 24-4 | 09/26/13 | Exhibit 3 to Chrysler Group's Motion for Miscellaneous Relief | A1653 |
| 24-5 | 09/26/13 | Exhibit 4 to Chrysler Group's Motion for Miscellaneous Relief | A1659 |
| 24-6 | 09/26/13 | Exhibit 5 to Chrysler Group's Motion for Miscellaneous Relief | A1665 |
| 24-7 | 09/26/13 | Exhibit 6 to Chrysler Group's Motion for Miscellaneous Relief | A1668 |
| 25 | 10/15/13 | Plaintiffs' Response to Chrysler's Motion for Miscellaneous Relief | A1671 |
| 25-1 | 10/15/13 | Index to Exhibits to Plaintiffs' Response to Chrysler's Motion for Miscellaneous Relief | A1686 |
| 25-2 | 10/15/13 | Exhibit 1 to Plaintiffs' Response to Chrysler's Motion for Miscellaneous Relief | A1687 |
| 25-3 | 10/15/13 | Exhibit 2 to Plaintiffs' Response to Chrysler's Motion for Miscellaneous Relief | A1693 |
| 25-4 | 10/15/13 | Exhibit 3 to Plaintiffs' Response to Chrysler's Motion for Miscellaneous Relief | A1700 |
| 25-5 | 10/15/13 | Exhibit 4 to Plaintiffs' Response to Chrysler's Motion for Miscellaneous Relief | A1706 |
| 26 | 10/25/13 | Reply Brief in Support of Chrysler Group's Motion for Miscellaneous Relief | A1711 |
| 26-1 | 10/25/13 | Index to Exhibits to Reply Brief in Support of Chrysler Group's Motion for Miscellaneous Relief | A1719 |
| 26-2 | 10/25/13 | Exhibit 1 to Reply Brief in Support of Chrysler Group's Motion for Miscellaneous Relief | A1720 |
| 26-3 | 10/25/13 | Exhibit 2 to Reply Brief in Support of Chrysler Group's Motion for Miscellaneous Relief | A1723 |
| 26-4 | 10/25/13 | Exhibit 3 to Reply Brief in Support of Chrysler Group's Motion for Miscellaneous Relief | A1726 |
| 26-5 | 10/25/13 | Exhibit 4 to Reply Brief in Support of Chrysler Group's Motion for Miscellaneous Relief | A1728 |
| 26-6 | 10/25/13 | Exhibit 5 to Reply Brief in Support of Chrysler Group's Motion for Miscellaneous Relief | A1733 |
| 27 | 10/31/13 | Notice of Motion Hearing | A1736 |
| 28 | 12/10/13 | Order and Opinion Granting Defendant's Motion for Miscellaneous Relief | A1737 |
| 29 | 12/13/13 | Notice of Compliance | A1746 |
| 30 | 12/13/13 | Chrysler's Response to Plaintiffs' New Materials | A1748 |
| 32 | 01/20/14 | Agreed Motion for Entry of Scheduling Order, with Proposed Order | A1753 |

| Docket No. | Document Date | Description | Appendix No. |
|---|---|---|---|
| 33 | 02/04/14 | Plaintiffs' Motion for Leave to Amend Infringement Contentions in Order to Substitute Two Claims, with exhibits | A1759 |
| 34 | 02/06/14 | Plaintiff's Motion to Adopt in Part and Reject in Part Special Master's Report and Recommendations Regarding Claim Construction, with Exhibits | A1861 |
| 35 | 02/06/14 | Chrysler's Objection to Special Master's Report and Recommendations Regarding Claim Construction | A1995 |
| 36 | 02/07/14 | Amended Scheduling Order | A2018 |
| 37 | 02/13/14 | Chrysler's Response to Motion to Adopt in Part and Reject in Part Special Master's Report and Recommendations Regarding Claim Construction | A2020 |
| 38 | 02/13/14 | Plaintiffs' Reply to Chrysler's Objections to the Special Master's Report and Recommendations Regarding Claim Construction for "Hinged Panel" | A2039 |
| 39 | 02/19/14 | Plaintiffs' Notice of Filing Under Seal their Motion to Compel Discovery from Defendant Chrysler Group LLC, Request for Expedited Relieve, and Brief in Support | A2055 |
| 40 | 02/19/14 | Plaintiffs' Motion to Compel Discovery from Defendant Chrysler Group LLC, Request for Expedited Relief, and Brief in Support – *Under Seal* | A2058 |
| 40 | 02/19/14 | Index of Exhibits to Plaintiffs' Motion to Compel Discovery from Defendant Chrysler Group LLC, Request for Expedited Relief, and Brief in Support – *Under Seal* | A2079 |
| 40 | 02/19/14 | Declaration of David A. Skeels re: Plaintiffs' Motion to Compel Discovery from Defendant Chrysler Group LLC, Request for Expedited Relief, and Brief in Support – *Under Seal* | A2080 |
| 40 | 02/19/14 | Exhibit 1 to Plaintiffs' Motion to Compel Discovery from Defendant Chrysler Group LLC, Request for Expedited Relief, and Brief in Support – *Under Seal* | A2083 |
| 40 | 02/19/14 | Exhibit 2 to Plaintiffs' Motion to Compel Discovery from Defendant Chrysler Group LLC, Request for Expedited Relief, and Brief in Support – *Under Seal* | A2091 |
| 40 | 02/19/14 | Exhibit 3 to Plaintiffs' Motion to Compel Discovery from Defendant Chrysler Group LLC, Request for Expedited Relief, and Brief in Support – *Under Seal* | A2103 |
| 40 | 02/19/14 | Exhibit 4 to Plaintiffs' Motion to Compel Discovery from Defendant Chrysler Group LLC, Request for Expedited Relief, and Brief in Support – *Under Seal* | A2105 |

| Docket No. | Document Date | Description | Appendix No. |
|---|---|---|---|
| | | **VOLUME V** | |
| 40 | 02/19/14 | Exhibit 5 to Plaintiffs' Motion to Compel Discovery from Defendant Chrysler Group LLC, Request for Expedited Relief, and Brief in Support – *Under Seal* | A2108 |
| 40 | 02/19/14 | Exhibit 6 to Plaintiffs' Motion to Compel Discovery from Defendant Chrysler Group LLC, Request for Expedited Relief, and Brief in Support – *Under Seal* | A2111 |
| 40 | 02/19/14 | Exhibit 7 to Plaintiffs' Motion to Compel Discovery from Defendant Chrysler Group LLC, Request for Expedited Relief, and Brief in Support – *Under Seal* | A2116 |
| 40 | 02/19/14 | Exhibit 8 to Plaintiffs' Motion to Compel Discovery from Defendant Chrysler Group LLC, Request for Expedited Relief, and Brief in Support – *Under Seal* | A2119 |
| 40 | 02/19/14 | Exhibit 9 to Plaintiffs' Motion to Compel Discovery from Defendant Chrysler Group LLC, Request for Expedited Relief, and Brief in Support – *Under Seal* | A2122 |
| 40 | 02/19/14 | Proposed Order re: Plaintiffs' Motion to Compel Discovery from Defendant Chrysler Group LLC, Request for Expedited Relief, and Brief in Support – *Under Seal* | A2167 |
| 40 | 02/19/14 | Notice of Filing – *Under Seal* | A2168 |
| 41 | 02/21/14 | Response to Motion to Amend Infringement Contentions in Order to Substitute Two Claims Filed by Chrysler Group LLC, with exhibits | A2171 |
| 42 | 02/25/14 | Notice of Motion Hearing | A2239 |
| 43 | 02/26/14 | Chrysler Group LLC's Updated Corporate Disclosure Statement | A2240 |
| 44 | 02/28/14 | Notice of Telephonic Conference | A2243 |
| 45 | 03/03/14 | Reply in Support of Plaintiffs' Motion for Leave to Amend Infringement Contentions in Order to Substitute Two Claims, with exhibits | A2244 |
| 46 | 03/04/14 | Plaintiffs' Notice of Rule 26(a)(2) Disclosures | A2353 |
| 47 | 03/05/14 | Appearance | A2355 |
| 48 | 03/10/14 | Defendant Chrysler Group LLC's Notice of Filing Under Seal its Response, and Exhibits Thereto, in Opposition to Plaintiffs' Motion to Compel Discovery | A2358 |
| 49 | 03/10/14 | Defendant Chrysler Group LLC's Response Brief in Opposition to Plaintiffs' Motion to Compel, with exhibits – *Under Seal* | A2361 |

| Docket No. | Document Date | Description | Appendix No. |
|---|---|---|---|
| | | **VOLUME VI** | |
| 50 | 03/20/14 | Notice of Filing Under Seal | A2558 |
| 51 | 03/20/14 | Amended Notice of Filing Under Seal | A2561 |
| 52 | 03/20/14 | Plaintiffs' Reply in Support of Their Motion to Compel, with unsealed exhibits | A2564 |
| 53 | 03/20/14 | Sealed Exhibits to Plaintiffs' Reply in Support of Their Motion to Compel – *Under Seal* | A2585 |
| 54 | 04/10/14 | Notice to Appear | A2610 |
| 55 | 05/19/14 | Notice by Chrysler Group LLC of Filing Under Seal Exhibits 6, 7, 8 and 11 to its Motion to Strike Plaintiffs' Errata Sheets | A2611 |
| 56 | 05/19/14 | Motion to Strike Plaintiffs' Errata Sheets by Chrysler Group LLC, with non-confidential exhibits | A2615 |
| 57 | 05/19/14 | Sealed Exhibit 6 to Motion to Strike Plaintiffs' Errata Sheets by Chrysler Group LLC – *Under Seal* | A2670 |
| 58 | 05/19/14 | Sealed Exhibit 7 to Motion to Strike Plaintiffs' Errata Sheets by Chrysler Group LLC – *Under Seal* | A2681 |
| 59 | 05/19/14 | Sealed Exhibit 8 to Motion to Strike Plaintiffs' Errata Sheets by Chrysler Group LLC – *Under Seal* | A2687 |
| 60 | 05/19/14 | Sealed Exhibit 11 to Motion to Strike Plaintiffs' Errata Sheets by Chrysler Group LLC – *Under Seal* | A2695 |
| 61 | 05/20/14 | Plaintiffs' Notice of Filing Under Seal the Exhibits to Their Motion for Leave to File Corrected Motion to Compel, and Brief in Support | A2703 |
| 62 | 05/20/14 | Plaintiffs' Unopposed Motion for Leave to File Corrected Motion to Compel | A2706 |
| 63 | 05/20/14 | Exhibit A to Plaintiffs' Unopposed Motion for Leave to File Corrected Motion to Compel – *Under Seal* | A2709 |
| 64 | 05/20/14 | Exhibit B to Plaintiffs' Unopposed Motion for Leave to File Corrected Motion to Compel – *Under Seal* | A2730 |
| 65 | 05/22/14 | Notice of Motion Hearing | A2751 |
| 76 | 05/27/14 | Plaintiffs' Notice of Filing Under Seal Certain Exhibits to Their Response to Chrysler's Motion to Strike Errata Sheets | A2752 |
| 77 | 05/27/14 | Sealed Exhibit 2 to Plaintiff's Response to Chrysler's Motion to Strike Errata Sheets – *Under Seal* | A2754 |
| 78 | 05/27/14 | Sealed Exhibit 4 to Plaintiff's Response to Chrysler's Motion to Strike Errata Sheets – *Under Seal* | A2774 |
| 79 | 05/27/14 | Sealed Exhibit 6 to Plaintiff's Response to Chrysler's Motion to Strike Errata Sheets – *Under Seal* | A2806 |

| Docket No. | Document Date | Description | Appendix No. |
|---|---|---|---|
| 80 | 05/27/14 | Response to Motion to Strike Plaintiffs' Errata Sheets, with non-confidential exhibits | A2827 |
| 82 | 06/04/14 | Opinion and Order Granting Defendant's Motion to Strike Errata Sheets | A2889 |
| 83 | 06/04/14 | Notice of Telephonic Conference | A2901 |
| 84 | 06/25/14 | Amended Scheduling Order | A2902 |
| 86 | 10/01/14 | Chrysler Group LLC's Ex Parte Motion to File a Brief in Support of its Motion for Summary Judgment that Exceeds the Page Limits of E.D. Mich. L.R. 7.1(d) | A2907 |
| 87 | 10/01/14 | Defendant Chrysler Group LLC's Notice of Filing Under Seal their Motion for Summary Judgment of Non-Infringement and Invalidity and Supporting Exhibits | A2914 |
| 88 | 10/01/14 | Defendant Chrysler Group LLC's Motion for Summary Judgment of Non-Infringement and Invalidity – *Under Seal* | A2918 |
| | | **VOLUME VII** | |
| 88 | 10/01/14 | Appendix / Exhibits to Defendant Chrysler Group LC's Motion for Summary Judgment of Non-Infringement and Invalidity – *Under Seal* | A2965 |
| 89 | 10/01/14 | Appendix / Exhibits to Defendant Chrysler Group LC's Motion for Summary Judgment of Non-Infringement and Invalidity | A3265 |
| | 10/2/14 | Text Only Order Granting Motion for Leave to File Excess pages | A3567 |
| 90 | 10/03/14 | Notice of Motion Hearing | A3569 |
| 91 | 10/03/14 | Plaintiffs' Notice of Filing Under Seal their Motion to Enforce Court Order Limiting Prior Art References | A3570 |
| 92 | 10/03/14 | Motion to Enforce Court Order Limiting Prior Art References – *Under Seal* | A3573 |
| 92-1 | 10/03/14 | Declaration of David A. Skeels re: Motion to Enforce Court Order Limiting Prior Art References – *Under Seal* | A3594 |
| 92-2 | 10/03/14 | Exhibits to Motion to Enforce Court Order Limiting Prior Art References – *Under Seal* | A3595 |
| 93 | 10/03/14 | Additional, Non-Sealed Exhibits to Motion to Enforce Court Order Limiting Prior Art References | A3693 |
| 94 | 10/07/14 | Notice of Motion Hearing | A3775 |

| Docket No. | Document Date | Description | Appendix No. |
|---|---|---|---|
| | | **VOLUME VIII** | |
| 95 | 10/20/14 | Defendant Chrysler Group LLC's Notice of Filing Under Seal their Response Brief in Opposition to Plaintiffs' Motion to Enforce and Supporting Documents | A3776 |
| 96 | 10/20/14 | Defendant Chrysler Group LLC's Response Brief in Opposition to Plaintiff's Motion to Enforce, with sealed exhibits – *Under Seal* | A3780 |
| 97 | 10/20/14 | Index of Exhibits to Chrysler Group LLC's Response Brief in Opposition to Plaintiff's Motion to Enforce | A3890 |
| 97-1 | 10/20/14 | Exhibit 4 to Chrysler Group LLC's Response Brief in Opposition to Plaintiff's Motion to Enforce | A3993 |
| 97-2 | 10/20/14 | Exhibit 5 to Chrysler Group LLC's Response Brief in Opposition to Plaintiff's Motion to Enforce | A3896 |
| 97-3 | 10/20/14 | Exhibit 6 to Chrysler Group LLC's Response Brief in Opposition to Plaintiff's Motion to Enforce | A3905 |
| 97-4 | 10/20/14 | Exhibit 7 to Chrysler Group LLC's Response Brief in Opposition to Plaintiff's Motion to Enforce | A3907 |
| 97-5 | 10/20/14 | Exhibit 8 to Chrysler Group LLC's Response Brief in Opposition to Plaintiff's Motion to Enforce | A3928 |
| 97-6 | 10/20/14 | Exhibit 10 to Chrysler Group LLC's Response Brief in Opposition to Plaintiff's Motion to Enforce | A3932 |
| 97-7 | 10/20/14 | Exhibit 11 to Chrysler Group LLC's Response Brief in Opposition to Plaintiff's Motion to Enforce | A3936 |
| 97-8 | 10/20/14 | Exhibit 12 to Chrysler Group LLC's Response Brief in Opposition to Plaintiff's Motion to Enforce | A3940 |
| 97-9 | 10/20/14 | Exhibit 13 to Chrysler Group LLC's Response Brief in Opposition to Plaintiff's Motion to Enforce | A3945 |
| 97-10 | 10/20/14 | Exhibit 14 to Chrysler Group LLC's Response Brief in Opposition to Plaintiff's Motion to Enforce | A3949 |
| 97-11 | 10/20/14 | Exhibit 15 to Chrysler Group LLC's Response Brief in Opposition to Plaintiff's Motion to Enforce | A3953 |
| 97-12 | 10/20/14 | Exhibit 16 to Chrysler Group LLC's Response Brief in Opposition to Plaintiff's Motion to Enforce | A3956 |
| 97-13 | 10/20/14 | Exhibit 17 to Chrysler Group LLC's Response Brief in Opposition to Plaintiff's Motion to Enforce | A3990 |
| 97-14 | 10/20/14 | Exhibit 18 to Chrysler Group LLC's Response Brief in Opposition to Plaintiff's Motion to Enforce | A3995 |
| 97-15 | 10/20/14 | Exhibit 19 to Chrysler Group LLC's Response Brief in Opposition to Plaintiff's Motion to Enforce | A4001 |

| Docket No. | Document Date | Description | Appendix No. |
|---|---|---|---|
| 97-16 | 10/20/14 | Exhibit 20 to Chrysler Group LLC's Response Brief in Opposition to Plaintiff's Motion to Enforce | A4013 |
| 98 | 10/22/14 | Plaintiffs' Unopposed Motion for Leave to File a Brief in Response to Defendant's Motion for Summary Judgment that Exceeds the Page Limits of E.D. Mich. L.R. 7.1(d) | A4022 |
| 99 | 10/22/14 | Plaintiffs' Notice of Filing Under Seal their Response to Chrysler's Motion for Summary Judgment and Supporting Exhibits | A4025 |
| 100 | 10/22/14 | Plaintiff's Response to Chrysler's Motion for Summary Judgment – *Under Seal* | A4030 |
| 100 | 10/22/14 | Appendix / Exhibits to Plaintiff's Response to Chrysler's Motion for Summary Judgment – *Under Seal* | A4079 |
|  |  | **VOLUME IX, X, XI** |  |
| 101 | 10/22/14 | Appendix / Exhibits to Response to Chrysler's Motion for Summary Judgment | A4378 |
| 101 | 10/22/14 | Declaration of David A. Skeels | A4381 |
| 101 | 10/22/14 | Exhibit 1 –  U.S. Patent No. 6,499,795 | A4388 |
| 101 | 10/22/14 | Exhibit 2 – Excerpts from the File History of U.S. Patent No. 6, 499,795 | A4397 |
| 101.1 | 10/22/14 | Exhibit 3 –  U.S. Patent No. 7,104,583 | A4920 |
| 101.2 | 10/22/14 | Exhibit 4 –  Excerpts from the File History of U.S. Patent No. 7,104,583 | A4932 |
| 101.3 | 10/22/14 | Exhibit 5 –  Opinion and Order Accepting and Adopting the Special Master's Report and Recommendation (Dkt. 81) | A5103 |
| 101.3 | 10/22/14 | Exhibit 6 –  Special Master's Report and Recommendations Regarding Claim Construction (Dkt. 31) | A5137 |
| 101.3 | 10/22/14 | Exhibit 7 –  Declaration of Ed Akin, Ph.D., P.E. | A5152 |
| 101.3 | 10/22/14 | Exhibit 8 –  March 3, 2014 Expert Report of Dr. Ed Akin Regarding Infringement, including excerpts of exhibits thereto – *Under Seal* |  |
| 101.3 | 10/22/14 | Exhibit 9 –  August 1, 2014 Expert Report of Dr. Ed Akin Regarding Infringement | A5157 |
| 101.3 | 10/22/14 | Exhibit 10 –  September 11, 2014 Supplemental Expert Report of Dr. Ed Akin Regarding Infringement | A5174 |
| 101.3 | 10/22/14 | Exhibit 11 –   August 22, 2014 Rebuttal Expert Report of Dr. Ed Akin Regarding Validity, including excerpts of charts for Ward, Henri, and Gobart  - *Under Seal* |  |

| Docket No. | Document Date | Description | Appendix No. |
|---|---|---|---|
| 101.3 | 10/22/14 | Exhibit 12 – Excerpts from September 12, 2014 Deposition Transcript of Ed Akin, Ph.D., P.E. | A5180 |
| 101.3 | 10/22/14 | Exhibit 13 – Excerpts from January 29, 2014 Deposition Transcript of Scott Clare | A5234 |
| 101.3 | 10/22/14 | Exhibit 14 – Excerpts from July 17, 2014 Deposition Transcript of Scott Clare | A5273 |
| 101.3 | 10/22/14 | Exhibit 15 – Excerpts from January 30, 2014 Deposition Transcript of Neil Long – *Under Seal* | |
| 101.3 | 10/22/14 | Exhibit 16 – Excerpts from February 12, 2014 Deposition of James Gobart – *Under Seal* | |
| 101.3 | 10/22/14 | Exhibit 17 – Excerpts from July 17, 2014 Deposition Transcript of Neil Long | A5279 |
| 101.3 | 10/22/14 | Exhibit 18 – Photos from Dr. Akin's March 3, 2014 Report | A5291 |
| 101.3 | 10/22/14 | Exhibit 19 – Chrysler 2009 DS RamBox Launch Status Review presentation | |
| 101.3 | 10/22/14 | Exhibit 20 – Chrysler 09 DS RamBox SLNAP Launch presentation – *Under Seal* | |
| 101.3 | 10/22/14 | Exhibit 21 – Excerpts from Plaintiffs' Claim Construction Presentation Slides | A5294 |
| 101.3 | 10/22/14 | Exhibit 22 – U.S. Patent No. 5,567,000 | A5300 |
| 101.3 | 10/22/14 | Exhibit 23 – U.S. Patent No. 5,979,973 | A5307 |
| 101.3 | 10/22/14 | Exhibit 24 – U.S. Patent Publication No.: US 2001/0038230 A1 (published version of '981 Application) | A5333 |
| 101.3 | 10/22/14 | Exhibit 25 – U.S. Patent No. 5,823,598 | A5359 |
| 101.3 | 10/22/14 | Exhibit 26 – U.S. Patent No. 5,979,617 | A5381 |
| 101.3 | 10/22/14 | Exhibit 27 – U.S. Patent No. 6,030,018 | A5392 |
| 101.3 | 10/22/14 | Exhibit 28 – U.S. Patent No. 6,098,992 | A5416 |
| 101.3 | 10/22/14 | Exhibit 29 – U.S. Patent No. 6,142,549 | A5428 |
| 101.3 | 10/22/14 | U.S. Patent No. 6,237,211 | A5457 |
| 101.3 | 10/22/14 | Exhibit 31 – U.S. Patent Publication No.: US 2001/0013709 A1 | A5487 |
| 101.4 | 10/22/14 | Exhibit 32 – U.S. Patent Publication No.: US 2001/0038219 A1 | A5515 |
| 101.4 | 10/22/14 | Exhibit 33 – Excerpts from February 6, 2014 Deposition of Marissa – *Under Seal* Hunter | |
| 101.4 | 10/22/14 | Exhibit 34 – Exhibit 158 from February 6, 2014 Deposition of Marissa Hunter | A5550 |
| 101.4 | 10/22/14 | Exhibit 35 – Exhibit 166 from February 6, 2014 Deposition of Marissa Hunter - *Under Seal* | |

10

| Docket No. | Document Date | Description | Appendix No. |
|---|---|---|---|
| 101.4 | 10/22/14 | Exhibit 36 – Exhibit 167 from February 6, 2014 Deposition of Marissa Hunter - *Under Seal* | |
| 101.4 | 10/22/14 | Exhibit 37 – Exhibit 174 from February 6, 2014 Deposition of Marissa Hunter – *Under Seal* | |
| 101.4 | 10/22/14 | Exhibit 38 – Exhibit 175 from February 6, 2014 Deposition of Marissa Hunter – *Under Seal* | |
| 101.4 | 10/22/14 | Exhibit 39 – Chrysler's August 14, 2013 Letter to Special Master | A5559 |
| 101.4 | 10/22/14 | Exhibit 40 – September 18, 2014 Letter from Jonathan Suder to Jonathan Falkler | A5563 |
| 101.4 | 10/22/14 | Exhibit 41 – Exemplary images and photos corresponding to Figure 1 of the Patentsin-Suit | A5566 |
| 101.4 | 10/22/14 | Exhibit 42 – Exemplary images and photos corresponding to Figure 2 of the Patents-in-Suit – *Under Seal* | |
| 101.4 | 10/22/14 | Exhibit 43 – Exemplary images and photos corresponding to Figure 3 of the Patents-in-Suit – *Under Seal* | A5570 |
| 101.4 | 10/22/14 | Exhibit 44 – Exemplary images and photos corresponding to Figure 4 of the Patents-in-Suit – *Under Seal* | A5574 |
| 101.4 | 10/22/14 | Exhibit 45 – Exemplary images and photos corresponding to Figure 5 of the '583 Patent – *Under Seal* | A5578 |
| 101.4 | 10/22/14 | Exhibit 46 – Photograph of one embodiment of the Hide-N-Side (Ex. 127 from the January 29, 2014 Deposition of Scott Clare) | A5583 |
| 101.4 | 10/22/14 | Exhibit 47 – Plaintiffs' September 26, 2014 Supplemental Interrogatory Responses | A5585 |
| 101.4 | 10/22/14 | Exhibit 48 – Scott Clare's drawings (Ex. 116 from January 29, 2014 Deposition of Scott Clare) | A5600 |
| 101.4 | 10/22/14 | Exhibit 49 – Excerpts from January 22, 2014 Deposition of Jan Clare | A5602 |
| | | Exhibit 50 – Color photo of unpainted/unfinished GM-Gobart truck – *Under Seal* | |
| | | | |
| 102 | 10/23/14 | Order | A5609 |
| 103 | | Index of Exhibits, Supplemental Declaration and Exhibits in Support of Plaintiffs' Response to Chrysler's Motion for Summary Judgment – *Under Seal* | A5610 |
| 104 | 10/23/14 | Updated Appendix / Exhibits to Response to Chrysler's Motion for Summary Judgment | A5798 |
| 105 | 10/30/14 | Plaintiffs' Notice of Filing Under Seal Their Reply in Support of Motion to Enforce Court Order Limiting Prior Art References | A6038 |

| Docket No. | Document Date | Description | Appendix No. |
|---|---|---|---|
| 106 | 10/30/14 | Reply in Support of Plaintiffs' Motion to Enforce Court Order Limiting Prior Art References – *Under Seal* | A6040 |
| 107 | | Exhibit 1 to Plaintiffs' Reply in Support of Motion to Enforce Court Order Limiting Prior Art References | A6047 |
| 108 | 11/03/14 | Chrysler Group LLC's Ex Parte Motion to File a Reply in Support of its Motion for Summary Judgment that Exceeds the Page Limits of E.D. Mich. L.R. 7.1(d) | A6057 |
| 109 | 11/03/14 | Defendant Chrysler Group LLC's Notice of Filing Under Seal its Reply and Exhibits in Support of its Motion for Summary Judgment of Non-Infringement and Invalidity | A6064 |
| 110 | 11/03/14 | Defendant Chrysler Group LLC's Reply in Support of its Motion for Summary Judgment of Non-Infringement and Invalidity – *Under Seal* | A6067 |
| 111 | 11/03/14 | Index of Exhibits to Defendant Chrysler Group LLC's Reply in Support of its Motion for Summary Judgment of Non-Infringement and Invalidity | A6084 |
| 111-1 | 11/03/14 | Exhibit 36 to Defendant Chrysler Group LLC's Reply in Support of its Motion for Summary Judgment of Non-Infringement and Invalidity | A6085 |
| | 11/03/14 | Exhibit 37 to Defendant Chrysler Group LLC's Reply in Support of its Motion for Summary Judgment of Non-Infringement and Invalidity – *Under Seal* | A6095 |
| | | **VOLUME XII** | |
| 111-2 | 11/03/14 | Exhibit 38 to Defendant Chrysler Group LLC's Reply in Support of its Motion for Summary Judgment of Non-Infringement and Invalidity | A6134 |
| 112 | 11/04/14 | Defendant Chrysler Group LLC's Notice of Correction | A6138 |
| 112-1 | 11/04/14 | Index of Exhibits to Defendant Chrysler Group LLC's Reply in Support of its Motion for Summary Judgment of Non-Infringement and Invalidity | A6141 |
| 112-2 | 11/04/14 | Corrected Exhibit 38 to Defendant Chrysler Group LLC's Reply in Support of its Motion for Summary Judgment of Non-Infringement and Invalidity | A6142 |
| 113 | 11/13/14 | Defendant Chrysler Group LLC's Notice of Courtesy Copies of Full Deposition Transcripts and Cases | A6146 |
| | 11/13/14 | Full deposition transcript corresponding to Exhibit 4 of Chrysler Group LLC's Motion for Summary Judgment (Dkt. 88), a courtesy copy of which was provided to the Court's chambers in connection with Dkt. 113 – *Under Seal* | A6150 |

12

| Docket No. | Document Date | Description | Appendix No. |
|---|---|---|---|
| | 11/13/14 | Full deposition transcript corresponding to Exhibit 9 of Chrysler Group LLC's Motion for Summary Judgment (Dkt. 88), a courtesy copy of which was provided to the Court's chambers in connection with Dkt. 113 – *Under Seal* | A6251 |
| | | **VOLUME XIII** | |
| | 11/13/14 | Full deposition transcript corresponding to Exhibit 13 of Chrysler Group LLC's Motion for Summary Judgment (Dkt. 88), a courtesy copy of which was provided to the Court's chambers in connection with Dkt. 113 | A6401 |
| | 11/13/14 | Full deposition transcript corresponding to Exhibit 23 of Chrysler Group LLC's Motion for Summary Judgment (Dkt. 88), a courtesy copy of which was provided to the Court's chambers in connection with Dkt. 113 | A6447 |
| | 11/13/14 | Full deposition transcript corresponding to Exhibit 35 of Chrysler Group LLC's Motion for Summary Judgment (Dkt. 88), a courtesy copy of which was provided to the Court's chambers in connection with Dkt. 113 – *Under Seal* | A6540 |
| | 11/19/14 | Annotated copy of '795 patent-in-suit, provided to Court during 11/19/14 hearing on summary judgment | A6615 |
| | 11/19/14 | Annotated copy of '583 patent-in-suit, provided to Court during 11/19/14 hearing on summary judgment | A6623 |
| | | **Transcripts** | |
| 85 | 09/10/14 | Transcript from May 28, 2014 Motion Hearing | A6634 |
| 127 | 02/17/15 | Transcript from 11/19/14 hearing on Defendant Chrysler Group LLC's Motion for Summary Judgment of Non-Infringement and Invalidity | A6678 |